B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Utah

In re  **Wolper Construction, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Corporate Services<br>PO Box 53800<br>Phoenix, AZ 85072-3800 | American Express Corporate Services<br>PO Box 53800<br>Phoenix, AZ 85072-3800 | | | 527,211.28 |
| Archer Mechanical<br>6980 West 3800 South<br>Salt Lake City, UT 84128 | Archer Mechanical<br>6980 West 3800 South<br>Salt Lake City, UT 84128 | | | 350,774.08 |
| Arrow Landscape Construction<br>PO Box 57755<br>Salt Lake City, UT 84157 | Arrow Landscape Construction<br>PO Box 57755<br>Salt Lake City, UT 84157 | | Contingent<br>Unliquidated<br>Disputed | 400,000.00 |
| Bennett-Tueller Johnson & Deere<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, UT 84121-5207 | Bennett-Tueller Johnson & Deere<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, UT 84121-5207 | | | 118,670.00 |
| Capital Premium Financing<br>PO Box 1020<br>Draper, UT 84020-1020 | Capital Premium Financing<br>PO Box 1020<br>Draper, UT 84020-1020 | | | 124,959.86 |
| Cardwell Distributing, Inc.<br>PO Box 27954<br>Salt Lake City, UT 84127-0954 | Cardwell Distributing, Inc.<br>PO Box 27954<br>Salt Lake City, UT 84127-0954 | | | 156,913.51 |
| Certified Testing and Inspection Corp.<br>2276 West 2700 South<br>Syracuse, UT 84075 | Certified Testing and Inspection Corp.<br>2276 West 2700 South<br>Syracuse, UT 84075 | | | 106,064.70 |
| Codale Electric Supply, Inc.<br>362 South Commerce Loop<br>Orem, UT 84058 | Codale Electric Supply, Inc.<br>362 South Commerce Loop<br>Orem, UT 84058 | | | 246,780.51 |
| Dale Cox Contracting, Inc.<br>665 South 500 West<br>Manti, UT 84642 | Dale Cox Contracting, Inc.<br>665 South 500 West<br>Manti, UT 84642 | | | 296,713.46 |
| Far West Bank<br>19 East 200 South, Suite 1070<br>Salt Lake City, UT 84111 | Far West Bank<br>19 East 200 South, Suite 1070<br>Salt Lake City, UT 84111 | | | 2,500,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Wolper Construction, Inc.**                                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grass Master, Inc.<br>1192 East Draper Parkway #221<br>Draper, UT 84020 | Grass Master, Inc.<br>1192 East Draper Parkway #221<br>Draper, UT 84020 | | | 353,928.94 |
| Holland Equipment<br>2870 West 2100 South<br>Salt Lake City, UT 84119 | Holland Equipment<br>2870 West 2100 South<br>Salt Lake City, UT 84119 | | | 129,871.11 |
| IRS Special Procedures<br>50 S. 200 East<br>Mail Stop 5021<br>Salt Lake City, UT 84111 | IRS Special Procedures<br>50 S. 200 East<br>Mail Stop 5021<br>Salt Lake City, UT 84111 | 940 Taxes | | 600,000.00 |
| MD Property Services, Inc.<br>1400 West State Road<br>Pleasant Grove, UT 84062 | MD Property Services, Inc.<br>1400 West State Road<br>Pleasant Grove, UT 84062 | | | 411,837.26 |
| Pine Valley Electric<br>6334 W 10150 N<br>American Fork, UT 84003 | Pine Valley Electric<br>6334 W 10150 N<br>American Fork, UT 84003 | | | 217,200.60 |
| Ralph Smith Co<br>2471 S 150 W<br>Bountiful, UT 84010 | Ralph Smith Co<br>2471 S 150 W<br>Bountiful, UT 84010 | | | 105,012.64 |
| Universal Business<br>6360 South 3000 East, Suite 205<br>Salt Lake City, UT 84121 | Universal Business<br>6360 South 3000 East, Suite 205<br>Salt Lake City, UT 84121 | | | 136,472.14 |
| Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134 | WithholdingTaxes | | 150,000.00 |
| Whiskey River Trucking<br>819 East Chalk Creek Road<br>Coalville, UT 84017 | Whiskey River Trucking<br>819 East Chalk Creek Road<br>Coalville, UT 84017 | | | 104,778.48 |
| Z-Rock<br>PO Box 711250<br>Salt Lake City, UT 84171 | Z-Rock<br>PO Box 711250<br>Salt Lake City, UT 84171 | | | 322,957.71 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Wolper Construction, Inc.**                                                                                       Case No.
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 23, 2008**　　　　　　　　　Signature **/s/ Richard T. Wolper**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Richard T. Wolper**
　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

　　*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.