## United States Bankruptcy Court
### District of Utah

In re  **Wolper Construction, Inc.**,     Case No. _____

                        Debtor

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard T. Wolper**<br>**2173 East Pheasant Way**<br>**Salt Lake City, UT 84121** | **Stock** | **100%** | **Equity Ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 23, 2008**                Signature  **/s/ Richard T. Wolper**
                                                                                **Richard T. Wolper**
                                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders