Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

# United States Bankruptcy Court
## District of Utah

In re  **Wolper Construction, Inc.**                                                    Case No.
                                        Debtor(s)                                       Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Wolper Construction, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 23, 2008** | **/s/ Andres Diaz** |
| Date | **Andres Diaz 4309** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Wolper Construction, Inc.** |
| | **1 On 1 Legal Services, P.L.L.C.** |
| | **307 West 200 South, Suite 3004** |
| | **Salt Lake City, UT 84101** |
| | **(801) 596-1661 Fax:(801) 359-6803** |
| | **courtmail@adexpresslaw.com** |

**Filed: 06/23/08**