B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Utah

In re  **Wolper Construction, Inc.**                    ,    Case No. _____

                                    Debtor    Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 10,700,000.00 | | |
| B - Personal Property | Yes | 7 | 51,780,203.14 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | 24,673,259.17 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,131,957.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 8,765,967.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| | | Total Assets | 62,480,203.14 | | |
| | | | Total Liabilities | 34,571,184.62 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Utah

In re    **Wolper Construction, Inc.** _____,    Case No. _____

Debtor    Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re  **Wolper Construction, Inc.**                                                Case No. _____

,

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Wolper Office Building**<br>**Location: 3750 W 500 S**<br>**Salt Lake City, UT 84104** | **Fee simple** | **-** | **1,300,000.00** | **920,000.00** |
| **Lot 9 - Deer Canyon House**<br>**Location: 282 W Deer Canyon Circle**<br>**Heber, UT 84032** | **Fee simple** | **-** | **2,400,000.00** | **1,622,000.00** |
| **Lot 8 - Deer Canyon House**<br>**Location: 285 W Deer Canyon Circle**<br>**Heber, UT 84032** | **Fee simple** | **-** | **2,300,000.00** | **2,857,000.00** |
| **Lot 7 - Deer Canuon House**<br>**Location: 315 W Deer Canyon Circle**<br>**Heber, UT 84032** | **Fee Simple** | **-** | **2,300,000.00** | **2,857,000.00** |
| **Lot 6 - Deer Canyon House**<br>**Location: 13208 N Deer Canyon Circle**<br>**Heber, It 84 84032** | **Fee Simple** | **-** | **2,400,000.00** | **1,429,925.70** |

|  | Sub-Total > | **10,700,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **10,700,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

.

In re   **Wolper Construction, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account** **Location: Bank of American Fork** **Balance $-44.69** | - | 0.00 |
| | | **Payroll Account** **Location: Bank of American Fork** **Balance $-5977.45** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                      0.00
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wolper Construction, Inc.** _____,   Case No. _____
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 150,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lien against Fox Hollow Saratoga, LLC, 3750 West 500 South, Salt Lake City, UT  84104** | - | 36,523,913.14 |
| | | | Sub-Total >  (Total of this page) | 36,673,913.14 |

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | **1982 Cessna Ctitation II** Location: 3750 West 500 South, Salt Lake City UT | - | 1,300,000.00 |
| 28. Office equipment, furnishings, and supplies. | | **Desks (12), Chairs (29, Trash Cans (11), Large Refrigerator, Small Refrigerator, Conference Table, White Board, Projector Screen, Sofa/Ottoman, Credenza, Desktop Bacinet (2), Lamp Stand, Lamp, Kitchen Table, Microwave, Coffee Pot, Phone Table, Water Cooler, Lobby Cloack, Toilet Closet, Toilet Cabinet, Safes (2), Metal File Cabinet (11), Metal Closet (3), File Cabinet (6), Book Shelf (8), Large Metal File Cabinet (2), Paper Shredder, Plan Rack (2), Long Tables (3)** Location: 3750 West 500 South, Salt Lake City UT | - | 2,490.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Company Equipment including heavy machinery and vehicles** **See attached detailed list** | - | 13,803,800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >   15,106,290.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wolper Construction, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **51,780,203.14** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 3
File:  Company Asset Report.pdf
Path:  \\elpe6400\AndresDiaz$\Data\Cases\2008-Bankruptcy\Wolper Construction, Inc

PDF: =\\elpe6400\AndresDiaz$\Data\Cases\2008-Bankruptcy\Wolper Construction, Inc\Company Asset Report.pdf=

B6D (Official Form 6D) (12/07)

In re    **Wolper Construction, Inc.**                                         ,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxxxxxx xxxxxx1559**<br><br>**Action Mortgage**<br>**Attn: Construction Loan Department 687**<br>**PO Box 2303**<br>**Spokane, WA 99210-2303** | | | - | | **Lot 8 - Deer Canyon House**<br>**Location: 285 W Deer Canyon Circle**<br>**Heber, UT 84032**<br><br>Value $              2,300,000.00 | | | | 2,857,000.00 | 0.00 |
| Account No.<br><br>**Action Mortgage**<br>**Attn: Construction Loan Dept 687**<br>**PO Box 2303**<br>**Spokane, WA 99210** | | | - | | **Lot 7 - Deer Canuon House**<br>**Location: 315 W Deer Canyon Circle**<br>**Heber, UT 84032**<br><br>Value $              2,300,000.00 | | | | 2,857,000.00 | 557,000.00 |
| Account No. **Wolper Construction**<br><br>**All Points Capital**<br>**Attn: Operations**<br>**275 Broadhollow Road**<br>**Melville, NY 11747** | | | - | | **2006**<br>**Purchase Money Security**<br>**Caterpillar 345CL Excavator  (2), Mega WT12KTNK Water Tank, Caterpillar CW330 42 Bucket Roller Compactor, Caterpillar BK330SKL Bucket, Antek CW325 36 Roller Compactor, Compaction Wheel**<br>Value $              1,003,309.50 | | | | 1,003,309.50 | 0.00 |
| Account No. **xxxxxxxxxxxxx0 001**<br><br>**Alter Moneta Corporation**<br>**PO Box 0517**<br>**Buffalo, NY 14240-0517** | X | | - | | **4/10/07**<br>**Purchase Money Security**<br>**Caterpillar D9R Dozer, Caterpillar D8R Dozer (2), Caterpillar 140 H Grader (5), Caterpillar 305CCR Excavator, Load King Deck Trailer, Kenworth T800B Truck, Smithco Side Dump**<br>Value $              2,313,530.00 | | | | 2,313,530.00 | 0.00 |
| **9**    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 9,030,839.50 | 557,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                          ,   Case No. _____
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **Wolper Construction** | | | **2006** | | | | | |
| **Aviation Finance Group** **4355 Emerald Street, Suite 100** **Boise, ID 83706** | X | - | **Purchase Money Security** **1982 Cessna Ctitation II** Location: 3750 West 500 South, Salt Lake City UT | | | | | |
| | | | Value $      **1,300,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxxxx0121** | | | Lot 9 - Deer Canyon House Location: 282 W Deer Canyon Circle Heber, UT 84032 | | | | | |
| **Celtic Bank** **340 East 400 South** **Salt Lake City, UT 84111** | | - | | | | | | |
| | | | Value $      **2,400,000.00** | | | | **1,622,000.00** | **0.00** |
| Account No. **Wolper Construction** | | | **2006-2007** | | | | | |
| **CJ Concrete** **77 North 920 East** **Orem, UT 84097** | | | **Mechanic's Lien** **Deer Canyon** | | | | | |
| | | | Value $      **276,780.38** | | | | **276,780.38** | **0.00** |
| Account No. **Wolper Construction** | | | **5/18/07** | | | | | |
| **Epic Engineering** **50 East 100 South** **Heber City, UT 84032** | | | **Mechanic's Lien** **Saratoga Springs** | | | | | |
| | | | Value $      **243,908.17** | | | | **243,908.17** | **0.00** |
| Account No. **xxxxx3001** | | | **11/9/06** | | | | | |
| **Equilease Financial Services, Inc.** **50 Eashington Street, 10th Floor** **Norwalk, CT 06854** | | | **Purchase Money Security** **Caterpillar Wheel Loader (3)** | | | | | |
| | | | Value $      **1,406,195.50** | | | | **1,406,195.40** | **0.00** |

Sheet  **1**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)         **3,548,883.95**          **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br>**Far West Bank** <br>**Walker Center LPO** <br>**19 East 200 South, Suite 1070** <br>**Salt Lake City, UT 84111** | | - | **Wolper Office Building** <br>**Location: 3750 W 500 S** <br>**Salt Lake City, UT 84104** <br><br> Value $           **1,300,000.00** | | | | **920,000.00** | **0.00** |
| Account No. **x6760** <br><br>**Financial Federal Credit Union** <br>**PO Box 201503** <br>**Houston, TX 77216-1503** | | | **2/4/04** <br><br>**Purchase Money Security** <br><br>**Caterpillar Excavator** <br><br> Value $           **25,061.04** | | | | **25,061.04** | **0.00** |
| Account No. **x8947** <br><br>**Financial Federal Credit Union** <br>**PO Box 201172** <br>**Houston, TX 77216-1172** | X | - | **6/21/05** <br><br>**Purchase Money Security** <br><br>**Mack Dump Truck, Freighliner Dump Truck (2), Clement Trailer on DT-6** <br> Value $           **62,098.26** | | | | **62,098.26** | **0.00** |
| Account No. **x8336** <br><br>**Financial Federal Credit Union** <br>**PO Box 201969** <br>**Houston, TX 77216-1969** | X | - | **6/12/06** <br><br>**Purchase Money Security** <br><br>**Komatsu Dozer, Terex Articulating Truck (2), Ford Fuel Truck, Ford Service Truck** <br> Value $           **670,481.00** | | | | **670,481.00** | **0.00** |
| Account No. **xxxxx1648** <br><br>**Ford Credit** <br>**PO Box 7172** <br>**Pasadena, CA 91109-7172** | | - | **2007** <br><br>**Purchase Money Security** <br><br>**2007 Ford Truck** <br><br> Value $           **31,391.45** | | | | **31,391.45** | **0.00** |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | **1,709,031.75** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx9379**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2007**<br><br>**Purchase Money Security**<br><br>**2008 Ford Truck**<br><br>Value $           **55,158.05** | | | | **55,158.05** | **0.00** |
| Account No. **xxxxxxxxx2240**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2005**<br><br>**Purchase Money Security**<br><br>**2005 Ford Truck**<br><br>Value $           **16,247.52** | | | | **16,247.52** | **0.00** |
| Account No. **xxxxxxxxx2576**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2005**<br><br>**Purchase Money Security**<br><br>**2005 Ford Truck**<br><br>Value $           **16,207.35** | | | | **16,207.35** | **0.00** |
| Account No. **xxxxxxxxx4107**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2003**<br><br>**Purchase Money Security**<br><br>**2003 Ford Truck**<br><br>Value $            **2,547.00** | | | | **2,547.00** | **0.00** |
| Account No. **xxxxx4380**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2006**<br><br>**Purchase Money Security**<br><br>**2006 Ford Truck**<br><br>Value $           **34,573.20** | | | | **34,573.20** | **0.00** |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **124,733.12**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____ ,      Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4581**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | 2006<br><br>Purchase Money Security<br><br>2006 Ford Truck<br><br>Value $                31,164.25 | | | | 31,164.25 | 0.00 |
| Account No. **xxxxx5912**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | 2006<br><br>Purchase Money Security<br><br>2006 Ford Truck<br><br>Value $                16,173.87 | | | | 16,173.87 | 0.00 |
| Account No. **xxxxxxxxx6630**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | 2006<br><br>Purchase Money Security<br><br>2006 Ford Truck<br><br>Value $                32,086.51 | | | | 32,086.51 | 0.00 |
| Account No. **xxxxx9442**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | 2006<br><br>Purchase Money Security<br><br>2006 Ford Truck<br><br>Value $                20,827.75 | | | | 20,827.75 | 0.00 |
| Account No. **xxxxxxxxx9776**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | 2003<br><br>Purchase Money Security<br><br>2003 Ford Truck<br><br>Value $                4,693.15 | | | | 4,693.15 | 0.00 |
| Sheet _4_ of _9_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 104,945.53 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx3866**<br><br>**Ford Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109-7172** | | | **2003**<br><br>**Purchase Money Security**<br><br>**2003 Ford Truck**<br><br>Value $ **0.00** | | | | 0.00 | 0.00 |
| Account No. **xxxxxx8001**<br><br>**GE Capital**<br>**PO Box 31001-0275**<br>**Pasadena, CA 91110-0275** | X | - | **1/2/08**<br><br>**Purchase Money Security**<br><br>**Freightliner Water Truck**<br><br>Value $ **0.00** | | | | 51,910.86 | 51,910.86 |
| Account No. **xxxxxx1-001**<br><br>**GE Capital**<br>**10 Riverview Drive**<br>**Pasadena, CA 91110-0275** | | - | **9/27/05**<br>**Purchase Money Security**<br><br>**Caterpillar Excavator (3), Caterpillar Bucket Roller Compactor, Caterpillar Soil Compactor, Caterpillar CAT-Sweeper**<br>Value $ **380,000.00** | | | | 380,000.00 | 0.00 |
| Account No. **xx0500**<br><br>**Granite Construction Company**<br>**PO Box 26754**<br>**Salt Lake City, UT 84126** | | | **8/20/07**<br><br>**Mechanic's Lien**<br><br>**Deer Valley Lot**<br><br>Value $ **378,178.90** | | | | 378,178.90 | 0.00 |
| Account No.<br><br>**Harbor Real Estate Asset Fund, LP**<br>**7659 South 700 West**<br>**Midvale, UT 84047** | | - | <br><br><br><br>Value $ **Unknown** | X | X | X | 0.00 | Unknown |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 810,089.76 | 51,910.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,      Case No. _____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx4809** | | | 6/26/07 | | | | | |
| HD Supply Waterworks, LTD File 56214 Los Angeles, CA 90074-6214 | | - | Materials | | | | | |
| | | | Value $          215,636.14 | | | | 215,636.14 | 0.00 |
| Account No. **Wolper Construction** | | | 3/25/08 | | | | | |
| Ikon Office Solutions PO Box 660342 Dallas, TX 75266-0342 | | | Purchase Money Security<br><br>Copier | | | | | |
| | | | Value $            9,000.00 | | | | 9,000.00 | 0.00 |
| Account No. **Wolper Construction** | | | 11/22/06 | | | | | |
| Intermountain Plantings 1192 East Draper Parkway, Suite 474 Draper, UT 84020 | | | Mechanic's Lien<br><br>Deer Canyon | | | | | |
| | | | Value $          142,941.60 | | | | 142,941.60 | 0.00 |
| Account No. **xxxxxx768 1** | | | 1/10/08 | | | | | |
| Key Equipment Finance Payment Processing PO Box 203901 Houston, TX 77216-3901 | | | Purchase Money Security<br><br>Komatsu Dozer | | | | | |
| | | | Value $          306,505.42 | | | | 306,505.42 | 0.00 |
| Account No. **Wolper Construction** | | | 1/8/08 | | | | | |
| Lease Administration Center 8210 Innovation Way Chicago, IL 60682-0082 | | | Purchase Money Security<br><br>Rock Trucks | | | | | |
| | | | Value $           61,790.70 | | | | 61,790.70 | 0.00 |
| Sheet **6** of **9** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 735,873.86 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx0049** | | | 5/4/07 | | | | | |
| **Mid America Capital Services, Inc** **225 South Main Ave** **Sioux Falls, SD 57117-5000** | | - | Purchase Money Security Wildcat 626 Trommel Screen | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. **xx6397** | | | 7/6/06 | | | | | |
| **Mid AMerica Leasing Co.** **PO Box 5000** **Sioux Falls, SD 57117-5000** | | - | Purchase Money Security Wildcat 626 Tommel Screen | | | | | |
| | | | Value $         83,554.92 | | | | 83,554.92 | 0.00 |
| Account No. **xxx4-001** | | | 2007 | | | | | |
| **Omni National Bank** **6 Concourse Parkway, Suite 2300** **Atlanta, GA 30328** | | - | Purchase Money Security Internation 7700 Grader | | | | | |
| | | | Value $        207,141.09 | | | | 207,141.09 | 0.00 |
| Account No. **Wolper Construction** | | | 8/14/06 | | | | | |
| **Post Asphalt Paving** **1762 W 1350 S** **Ogden, UT 84401** | | - | Mechanic's Lien Deer Canyon | | | | | |
| | | | Value $        611,421.69 | | | | 611,421.69 | 0.00 |
| Account No. **xxxx6229** | | | Lot 6 - Deer Canyon House Location: 13208 N Deer Canyon Circle Heber, It 84 84032 | | | | | |
| **Prime Alliance Bank** **1868 South 500 West** **Woods Cross, UT 84087** | | - | | | | | | |
| | | | Value $     2,400,000.00 | | | | 1,429,925.70 | 0.00 |

Sheet __7__ of __9___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            2,332,043.40          0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,   Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx4-300** | | | 1/23/06 | | | | | |
| **TCF Equipment Finance** 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305 | | | Purchase Money Security  Komatsu Motor Grader | | | | | |
| | | | Value $       1,085,203.50 | | | | 1,280,930.40 | 195,726.90 |
| Account No. **xxxxxx4303** | | | 10/19/06 | | | | | |
| **TCF Equipment Finance** 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305 | | - | Purchase Money Security  Komatsu Motor Grader, International Water Truck, Komatsu Dozer | | | | | |
| | | | Value $       29,111.23 | | | | 397,377.04 | 368,265.81 |
| Account No. **xxxxx4304** | | | 2007 | | | | | |
| **TCF Equipment Finance** 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305 | | | Purchase Money Security  Terex Articulating  Truck | | | | | |
| | | | Value $       280,988.51 | | | | 261,500.00 | 0.00 |
| Account No. **xxxxx4101** | | | 2007 | | | | | |
| **TCF Equipment Finance** 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305 | | | Purchase Money Security  Caterpillar Dozer (4) | | | | | |
| | | | Value $       45,978.90 | | | | 495,000.00 | 449,021.10 |
| Account No. **xxxxx4305** | | | 2007 | | | | | |
| **TCF Equipment Finance** 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305 | | - | Purchase Money Security  Terex Articulating Truck | | | | | |
| | | | Value $       246,041.90 | | | | 223,976.00 | 0.00 |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     2,658,783.44     1,013,013.81

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7-002**<br><br>**TFS Capital Funding Lease Administration Center 8210 Innovation Way Chicago, IL 60682-0082** | | - | **2006**<br><br>**Purchase Money Security**<br><br>**Terex Articulating Truck (2)** | | | | | |
| | | | Value $          **0.00** | | | | **0.00** | **0.00** |
| Account No. **xxxx8445**<br><br>**Wells Fargo Equipment Finance PO Box 1450 Minneapolis, MN 55485-5934** | | - | **2006**<br>**Purchase Money Security**<br>**Caterpillar Excavator (10), Caterpillar Wheel Loader (4), Caterpillar Soil Compactor, Kenworth Water Truck, Ford Lube Truck, Caterpillar Broom, Caterpillar Compactor, Caterpillar Water Truck, Caterpillar Dozer** | | | | | |
| | | | Value $      **3,500,000.00** | | | | **3,500,000.00** | **0.00** |
| Account No. **xx8340**<br><br>**Wheeler Machinery PO Box 701047 Salt Lake City, UT 84170-1047** | | | **1/17/07**<br><br>**Deed of Trust**<br><br>**Deer Canyon** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx1001**<br><br>**Zions Credit Corp PO Box 26536 Salt Lake City, UT 84126-0536** | | - | **2005**<br><br>**Purchase Money Security**<br><br>**Chieftain Screen Plant, Oegson Trakpactor/Crusher** | | | | | |
| | | | Value $      **118,034.86** | | | | **118,034.86** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **9**  of  **9**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **3,618,034.86** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **24,673,259.17** | **1,621,924.67** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Wolper Construction, Inc.**                                          ,   Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Wolper Construction, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **xxxxx9481** | | | | 2004-2008 | | | | | | |
| **IRS Special Procedures 50 S. 200 East Mail Stop 5021 Salt Lake City, UT 84111** | - | | | **940 Taxes 941 Taxes** | | | | | | 213,835.98 |
| | | | | | | | | 813,835.98 | 600,000.00 | |
| Account No. | | | | 2007-2008 | | | | | | |
| **Utah Department of Workforce Services Collections - Bankruptcy P.O. Box 45288 Salt Lake City, UT 84145-0288** | - | | | **Unemployment Insurance** | | | | | | 85,633.18 |
| | | | | | | | | 85,633.18 | 0.00 | |
| Account No. **xxxxx9481** | | | | 2007-2008 | | | | | | |
| **Utah State Tax Commission Attn: Bankruptcy Unit 210 North 1950 West Salt Lake City, UT 84134** | - | | | **WithholdingTaxes** | | | | | | 82,488.31 |
| | | | | | | | | 232,488.31 | 150,000.00 | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 1,131,957.47 | 381,957.47 750,000.00 |
| | Total (Report on Summary of Schedules) | 1,131,957.47 | 381,957.47 750,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Wolper Construction, Inc.**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolpercon**  <br><br>**A Company, Inc.**<br>**PO Box 5702**<br>**Boise, ID 83705** | - | | **7/07-12/07**<br>**Portable Restroom Rentals** | | | | 9,492.98 |
| Account No. **Wolper Construction**  <br><br>**A&E Generator, Inc.**<br>**264 West 800 South**<br>**Salt Lake City, UT 84101** | | | **5/13/08**<br>**Equipment Supplies** | | | | 400.50 |
| Account No. **x7926**  <br><br>**AAA Spring Specialists**<br>**995 WEst 2900 South**<br>**Salt Lake City, UT 84119** | - | | **11/27/07**<br>**Equipment Supplies** | | | | 590.78 |
| Account No. **Wolper Construction**  <br><br>**Absolute Auto Glass**<br>**6514 South Clemates Circle**<br>**West Jordan, UT 84084** | - | | **7/24/07**<br>**Auto Glass** | | | | 1,598.10 |

___43___ continuation sheets attached

Subtotal
(Total of this page)        **12,082.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:35618-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9496** <br><br> **Ace Disposal** <br> **2255 South Arnold Way** <br> **Salt Lake City, UT 84119** | - | | **9/30/07** <br> **Waste Container Rentals** | | | | **1,338.45** |
| Account No. **Wolper Construction** <br><br> **Ace Rents** <br> **88 West 920 South** <br> **Provo, UT 84601** | - | | **8/28/07** <br> **Equipment Rentals** | | | | **2,579.45** |
| Account No. **Wolper Construction** <br><br> **Ace West, Inc.** <br> **2120 North Redwood Road, Suite 70** <br> **Salt Lake City, UT 84116** | - | | **2/1/08** <br> **Materials** | | | | **438.09** |
| Account No. **Wolper Construction** <br><br> **Acme Construction** <br> **9524 South Feulner Park Road** <br> **West Jordan, UT 84088** | - | | **11/16/07** <br> **Subcontractor** | | | | **13,440.00** |
| Account No. **xxxxxxxxxx0518** <br><br> **ADT Security Systems** <br> **PO Box 371956** <br> **Pittsburgh, PA 15250-7956** | - | | **3/26/08** <br> **Office Security** | | | | **146.17** |

Sheet no. __1__ of __43__ sheets attached to Schedule of                                    Subtotal              **17,942.16**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**<br><br>**Aerotek Environmental**<br>**PO Box 198531**<br>**Atlanta, GA 30384-8531** | - | | | 10/27/08<br>Recruiting | | | | 18,461.52 |
| Account No. **Wolper Construction**<br><br>**AG Body Truck Equipment Division**<br>**1220 South Legacy View Street**<br>**PO Box 27755**<br>**Salt Lake City, UT 84127** | - | | | 10/31/07<br>Equipment Supplies | | | | 77.71 |
| Account No. **NxxxSP/xxx-0346**<br><br>**Aircraft Services, LLC**<br>**470 North 2400 West**<br>**Salt Lake City, UT 84116** | | | | 8/19/07<br>Aircraft Services | | | | 43,128.33 |
| Account No. **Wolper Construction**<br><br>**Alpine Signs**<br>**6450 Highland Drive**<br>**Park City, UT 84098** | - | | | /24/07<br>Sign Rentals | | | | 9,150.49 |
| Account No. **Wolper Construction**<br><br>**Alpine Supply**<br>**3311 Parkway**<br>**Salt Lake City, UT 84119** | - | | | 8/5/07<br>Shop and Job Supplies | | | | 1,562.02 |

Sheet no. __2__ of __43__ sheets attached to Schedule of          Subtotal          72,380.07
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,      Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Alvey Heating & Air Conditioning, Inc.**<br>**5533 Autumn Heights Drive**<br>**Herriman, UT 84096** | - | | 8/27/07<br>**Office Maintenance** | | | | **8,800.00** |
| Account No. **Wolper Construction**<br><br>**American Curb Cut**<br>**PO Box 1430**<br>**Riverton, UT 84065** | - | | 9/12/07<br>**Job Materials** | | | | **1,386.00** |
| Account No. **xxxx-xxxxxx-x1008**<br><br>**American Express**<br>**Corporate Services**<br>**PO Box 53800**<br>**Phoenix, AZ 85072-3800** | | | 2008<br>**Supplies** | | | | **527,211.28** |
| Account No. **xx8800**<br><br>**American Linen**<br>**Attn:  Dallas Alsco**<br>**PO Box 25717**<br>**Salt Lake City, UT 84125-0717** | - | | 12/14/07<br>**Shop Maintenance** | | | | **0.00** |
| Account No. **Wolper Construction**<br><br>**Archer Mechanical**<br>**6980 West 3800 South**<br>**Salt Lake City, UT 84128** | - | | 5/1/07<br>**Subcontractor** | | | | **350,774.08** |

Sheet no. __3__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**888,171.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____ ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**<br><br>**Arcsitio Design, Inc.**<br>**1058 East 2100 South**<br>**Salt Lake City, UT 84106** | - | | | **1/1/07**<br>**Subcontractor & Engineering** | | | | 13,240.00 |
| Account No. **Wolper Construction**<br><br>**Arrow Landscape Construction**<br>**PO Box 57755**<br>**Salt Lake City, UT 84157** | - | | | **11/08/06**<br>**Subcontractor: Landscape** | X | X | X | 170,000.00 |
| Account No. **Wolpercons**<br><br>**Associated Fire Protection**<br>**933 West 1820 Wouth**<br>**Salt Lake City, UT 84104-2211** | - | | | **2008**<br>**Office and Shop Supplies** | | | | 11.34 |
| Account No. **Wolper Construction**<br><br>**Bank of American Fork**<br>**855 East 9400 South**<br>**Sandy, UT 84094** | - | | | **Notice Only**<br>**(Creditor has been paid in full but still have UCCs on file)** | | | X | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4680**<br><br>**Bank of the West**<br>**Bankcard Center**<br>**PO Box 1959**<br>**Honolulu, HI 96805** | - | | | **2008**<br>**Supplies** | | | | 52,168.83 |

Sheet no. __4__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | 235,420.17 |
| (Total of this page) | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                      ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Bank of Utah** <br> **2309 South Redwood Road** <br> **Salt Lake City, UT 84119-2005** | - | | **Notice Only** <br> **(Creditor has been paid in full but still have UCCs on file)** | | | X | <br><br><br><br> 0.00 |
| Account No. **Wolper Construction** <br><br> **Ben Altman** <br> **1589 Wouth 400 East** <br> **Salt Lake City, UT 84115** | - | | 12/3/07 <br> Advertising | | | | <br><br><br><br> 600.00 |
| Account No. **Wolper Construction** <br><br> **Bennett-Tueller Johnson & Deere** <br> **3165 East Millrock Drive, Suite 500** <br> **Salt Lake City, UT 84121-5207** | - | | 12/14/07 <br> Legal | | | | <br><br><br><br> 118,670.00 |
| Account No. **Wolper Construction** <br><br> **Binggeli Rock Products, Inc.** <br> **PO Box 98** <br> **Heber City, UT 84032** | - | | 9/18/07 <br> Materials | | | | <br><br><br><br> 84,654.70 |
| Account No. <br><br> **Blackstone Equipment Financing, L.P.** <br> **PO Box 6305** <br> **Orange, CA 92867** | - | | Never closed on this loan but creditor still filed UCC | X | X | X | <br><br><br><br> 0.00 |

Sheet no. __5___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203,924.70

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Blake/McCutchan Design, Inc.** <br> **1245 East Brickyard Road, Suite 595** <br> **Salt Lake City, UT 84106** | - | | 4/19/07 <br> Engineering | | | | 600.00 |
| Account No. **Wolper Construction** <br><br> **Bodell Van-Drimmelen** <br> **774 East 2100 South** <br> **Salt Lake City, UT 84106** | - | | 10/17/07 <br> Appraisal | | | | 1,750.00 |
| Account No. **Wolper Construction** <br><br> **Booth Welding** <br> **182 South Wellington Drive** <br> **Kaysville, UT 84037** | - | | 9/17/07 <br> Equipment Maintenance | | | | 4,060.27 |
| Account No. **Wolpe Co** <br><br> **Brody Chemical** <br> **6125 West Double Eagle Circle** <br> **Salt Lake City, UT 84118** | - | | 5/12/08 <br> Supplies | | | | 580.14 |
| Account No. **Wolper Construction** <br><br> **Bullrock Trucking** <br> **PO Box 1671** <br> **West Jordan, UT 84088** | - | | 10/5/07 <br> Trucking | | | | 2,842.50 |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,832.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Wolper Construction** <br><br> **Burt Brothers Tire and Service** <br> **737 North 400 West** <br> **North Salt Lake, UT 84054** | | - | | | 7/28/07 <br> Equipment Maintenance | | | | 1,098.60 |
| Account No. **Wolper Construction** <br><br> **C&G Trucking** <br> **2122 Concord Circle** <br> **West Jordan, UT 84084** | | - | | | 10/16/07 <br> Trucking | | | | 17,037.56 |
| Account No. **Wolper Construction** <br><br> **CA Johnson Trenching, LC** <br> **PO Box 963** <br> **Springville, UT 84663-0963** | | - | | | 7/25/07 <br> Subcontractor | | | | 37,763.35 |
| Account No. **Wolper Construction** <br><br> **Cactus and Tropicals** <br> **2735 South 2000 East** <br> **Salt Lake City, UT 84109** | | - | | | 9/30/07 <br> Subcontractor | | | | 1,903.85 |
| Account No. **Wolper Construction** <br><br> **Callister Nebeker and McCullough** <br> **10 East South Temple, Suite 900** <br> **Salt Lake City, UT 84133** | | - | | | 9/17/07 <br> Legal | | | | 130.00 |

Sheet no. __7__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **57,933.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Capital Premium Financing** <br> **PO Box 1020** <br> **Draper, UT 84020-1020** | - | | 8/30/07 <br> **Supplies** | | | | 124,959.86 |
| Account No. **x9509** <br><br> **Cardwell Distributing, Inc.** <br> **PO Box 27954** <br> **Salt Lake City, UT 84127-0954** | - | | 11/6/07 <br> **Supplies** | | | | 156,913.51 |
| Account No. **Wolper Construction** <br><br> **Caterpillar Financial Services** <br> **PO Box 100647** <br> **Pasadena, CA 91189-0647** | - | | Notice Only <br> **(Creditor has been paid in full but still have UCCs on file)** | | | X | 0.00 |
| Account No. **Wolper Construction** <br><br> **Certified Testing and Inspection Corp.** <br> **2276 West 2700 South** <br> **Syracuse, UT 84075** | - | | 6/25/07 <br> **Subcontractor** | | | | 106,064.70 |
| Account No. **x5094** <br><br> **Cessna Aircraft Company** <br> **23260 Network Place** <br> **Chicago, IL 60673-1232** | - | | 9/2/07 <br> **Aircraft** | | | | 0.00 |

Sheet no. _**8**___ of _**43**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        387,938.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3904**<br><br>**Chase Automotive Finance**<br>**PO Box 78067**<br>**Phoenix, AZ 85062** | - | | 2/23/08<br>**Supplies** | | | | 2,280.86 |
| Account No. **Wolper Construction**<br><br>**Check City**<br>**PO Box 970183**<br>**Orem, UT 84097** | - | | 2008<br>**Supplies** | | | | 20.00 |
| Account No. **Wolper Construction**<br><br>**Codale Electric Supply, Inc.**<br>**362 South Commerce Loop**<br>**Orem, UT 84058** | - | | 6/28/07<br>**Subcontractor** | | | | 246,780.51 |
| Account No. **Wolper Construction**<br><br>**Cohne Rappaport & Segal**<br>**257 East 200 South, Suite 700**<br>**Salt Lake City, UT 84111** | - | | 11/15/07<br>**Legal** | | | | 2,019.41 |
| Account No. **Wolper Construction**<br><br>**Common Sense Engineering, Inc.**<br>**PO Box 1083**<br>**Spanish Fork, UT 84660** | - | | 2/11/08<br>**Equipment Maintenance** | | | | 85.43 |

Sheet no. __9__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                251,186.21

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                              ,            Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **Nxxxxxxxx3716**<br><br>**Concentra Medical Centers**<br>**PO Box 11050**<br>**Denver, CO 80211-0050** | - | | | | **6/11/07**<br>**Employee Drug Testing** | | | | 427.96 |
| Account No. **Wolper Construction**<br><br>**Construction Plus**<br>**9469 South 500 West**<br>**Sandy, UT 84070** | - | | | | **2008**<br>**Supplies** | | | | 0.00 |
| Account No. **Wolper Construction**<br><br>**Construction Recycling, Inc.**<br>**PO Box 95445**<br>**South Jordan, UT 84095-0445** | - | | | | **8/14/07**<br>**Materials** | | | | 6,585.05 |
| Account No. **Wolper Construction**<br><br>**Crandall's Crushing Corp.**<br>**2713 West State Road 32**<br>**Peoa, UT 84061** | - | | | | **2/11/08**<br>**Materials** | | | | 10,495.24 |
| Account No. **Wolper Construction**<br><br>**Creative Fire, Inc.**<br>**1486 South Quarry Point Lane**<br>**Draper, UT 84020** | - | | | | **11/20/07**<br>**Advertising** | | | | 2,441.25 |

Sheet no. __**10**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     19,949.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____ ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Cypress Capital** <br> **104221 South Jordan Gateway, Suite 600** <br> **Riverton, UT 84065** | - | | | **Notice Only** <br> **(Creditor has been paid in full but still have UCCs on file)** | | | X | 0.00 |
| Account No. **WOL100** <br><br> **D&L Supply** <br> **PO Box 580** <br> **Orem, UT 84059** | - | | | **7/9/07** <br> **Materials** | | | | 53,106.82 |
| Account No. **Wolper Construction** <br><br> **Dale Cox Contracting, Inc.** <br> **665 South 500 West** <br> **Manti, UT 84642** | - | | | **2/6/07** <br> **Subcontractor** | | | | 296,713.46 |
| Account No. **Wolper Construction** <br><br> **Dan Robinson Plastering** <br> **9831 South 300 East** <br> **Sandy, UT 84070** | - | | | **8/8/07** <br> **Subcontractor** | | | | 5,561.65 |
| Account No. **Wolper Construction** <br><br> **Dennis Sessions Pilot Car** <br> **PO Box 65406** <br> **Salt Lake City, UT 84165** | - | | | **4/25/08** <br> **Equipment Transportation** | | | | 600.00 |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

355,981.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Diamond Ash Trucking**<br>**2759 West 1800 North**<br>**Clearfield, UT 84015** | - | | **9/30/07**<br>**Trucking** | | | | **15,588.54** |
| Account No. **Wolper Construction**<br><br>**Diamond K Waste**<br>**PO Box 285**<br>**Heber City, UT 84032** | - | | **10/01/07**<br>**Waste Container Rentals** | | | | **3,854.70** |
| Account No. **Wolper Construction**<br><br>**Dominion Engineering Associates, LC**<br>**5684 South Green Street**<br>**Salt Lake City, UT 84123** | - | | **6/1/07**<br>**Engineering** | | | | **44,269.20** |
| Account No. **Wolper Construction**<br><br>**Done Rite Lines, LLC**<br>**PO Box 510**<br>**Springville, UT 84663** | - | | **9/19/07**<br>**Subcontractor** | | | | **750.00** |
| Account No. **xx1200**<br><br>**Dunn Construction, LC**<br>**679 North 1500 West**<br>**Orem, UT 84057** | - | | **9/8/07**<br>**Dumping** | | | | **1,025.96** |

Sheet no. __**12**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,488.40**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Earthtec Testing & Engineering, PC** <br> **133 North 1330 West** <br> **Orem, UT 84057** | - | | 3/8/07 <br> Engineering | | | | 10,083.93 |
| Account No. **Wolper Construction** <br><br> **Ecosystem Solutions, LLC** <br> **4220 West 2100 South, Suite E** <br> **Salt Lake City, UT 84120** | - | | 5/2/08 <br> Materials | | | | 144.18 |
| Account No. **Wolper construction** <br><br> **Ensign Engineering & Land Surveying** <br> **95 East Fort Union Blvd., Suite 100** <br> **Midvale, UT 84047** | - | | 2/26/08 <br> Engineering | | | | 20,045.45 |
| Account No. **Wolper Construction** <br><br> **Express One** <br> **PO Box 900368** <br> **Sandy, UT 84090-0368** | - | | 4/4/08 <br> Shipping | | | | 474.63 |
| Account No. **Wolper Construction** <br><br> **Far West Bank** <br> **19 East 200 South, Suite 1070** <br> **Salt Lake City, UT 84111** | - | | 2008 <br> Line of Credit | | | | 2,500,000.00 |

Sheet no. __13__ of __43__ sheets attached to Schedule of          Subtotal          | 2,530,748.19 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction** <br><br> **Finish Line Cellular** <br> **50 West 3900 South, Suite 1-A** <br> **Salt Lake City, UT 84107** | - | | | **2008** <br> **Telephone Accessories** | | | | 782.14 |
| Account No. **xxxxxxxxx4497** <br><br> **Fleet Fueling** <br> **PO Box 6293** <br> **Carol Stream, IL 60197-6293** | - | | | **Transferred to Cardwell Dist.** | | | | 0.00 |
| Account No. **x2984** <br><br> **Fleet Lite** <br> **1792 South Redwood Road** <br> **Salt Lake City, UT 84104** | - | | | **8/23/07** <br> **Equipment Maintenance** | | | | 1,330.67 |
| Account No. **Wolper Construction** <br><br> **Fleet Pride** <br> **4520 West 2100 South Unit 602** <br> **Salt Lake City, UT 84120** | - | | | **8/27/07** <br> **Equipment Maintenance** | | | | 13,865.72 |
| Account No. **Wolper Construction** <br><br> **Freedom Truck and Trailer Parts, Inc.** <br> **395 North Wright Brothers Drive** <br> **Salt Lake City, UT 84116** | - | | | **6/21/07** <br> **Equipment Maintenance** | | | | 635.76 |

Sheet no. __**14**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     16,614.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____ ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Gardner Engineering**<br>**5875 South Adams Ave. Parkway**<br>**Suite 200**<br>**Ogden, UT 84405** | - | | 5/31/08<br>Engineering | | | | 26,102.87 |
| Account No. **Wolper Construction**<br><br>**Generator Exchange**<br>**1331 West 3300 South**<br>**Salt Lake City, UT 84119** | - | | 9/24/07<br>Equipment Maintenance | | | | 1,934.47 |
| Account No. **x7260**<br><br>**Geneva Pipe**<br>**PO Box 356**<br>**1465 West 400 North**<br>**Orem, UT 84059** | - | | 5/31/07<br>Materials | | | | 13,195.80 |
| Account No. **Wolper Construction**<br><br>**Geneva Pipe of Utah, Inc.**<br>**3355 West 900 South**<br>**Salt Lake City, UT 84104** | - | | 3/31/07<br>Materials | | | | 39,287.05 |
| Account No. **x1686**<br><br>**Geneva Rock Products, Inc.**<br>**PO Box 538**<br>**Orem, UT 84059** | - | | 2008<br>Materials | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __15__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 80,520.19 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**<br><br>**Geodynamics**<br>**2436 South 500 West**<br>**Ogden, UT 84401** | | - | | 1/3/08<br>**Subcontractor** | | | | 6,558.45 |
| Account No. **Wolper Construction**<br><br>**Giles Trucking, LLC**<br>**4114 South 3200 West**<br>**Spanish Fork, UT 84660** | | - | | 9/6/07<br>**Trucking** | | | | 9,093.75 |
| Account No. **Wolper Construction**<br><br>**GJ Stamped Asphalt, LLC**<br>**PO Box 2161**<br>**Provo, UT 84603** | | - | | 8/29/07<br>**Subcontractor** | | | | 23,002.78 |
| Account No. **Wolper Construction**<br><br>**Grass Master, Inc.**<br>**1192 East Draper Parkway #221**<br>**Draper, UT 84020** | | - | | 9/11/07<br>**Subcontractor** | | | | 353,928.94 |
| Account No. **Wolper Construction**<br><br>**Greene Structural Enginering, Inc.**<br>**2091 East 1300 South #102**<br>**Salt Lake City, UT 84108** | | - | | 10/1/07<br>**Engineering** | | | | 330.00 |

Sheet no. __16__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **392,913.92**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Greens Concrete Cutting** <br> **1065 West 750** <br> **Woods Cross, UT 84087** | - | | 5/7/08 <br> Subcontractor | | | | 966.25 |
| Account No. **lxx0045** <br><br> **H&E Equipment** <br> **PO Box 2471427** <br> **Salt Lake City, UT 84127-1427** | - | | 2/8/08 <br> Equipment Maintenance | | | | 274.73 |
| Account No. **xx1350** <br><br> **Holland Equipment** <br> **2870 West 2100 South** <br> **Salt Lake City, UT 84119** | | | 6/21/07 <br> Equipment Rentals | | | | 129,871.11 |
| Account No. **Wolper Construction** <br><br> **Honey Bucket** <br> **2439 South Constitution** <br> **Salt Lake City, UT 84119** | - | | 11/27/07 <br> Portable Restroom Rentals | | | | 2,987.25 |
| Account No. **Wolper Construction** <br><br> **Horizon Manufacturing & Repair, Inc.** <br> **130 South Redwood Road, Building 1** <br> **North Salt Lake, UT 84054** | - | | 9/12/07 <br> Equipment Maintenance | | | | 2,820.57 |

Sheet no. __17__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **136,919.91**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **W1500**<br><br>**Hose and Rubber Suply, LLC**<br>**PO Box 158**<br>**Randolph, UT 84064** | - | | | 6/15/07<br>**Supplies** | | | | 11,505.96 |
| Account No. **2219**<br><br>**Hydrapak Seals, Inc.**<br>**3782 West 2340 South, Suite E**<br>**Salt Lake City, UT 84120** | - | | | 8/23/07<br>**Equipment Maintenance** | | | | 843.99 |
| Account No. **Wolper Construction**<br><br>**Hydro Engineering**<br>**865 West 2600 South**<br>**Salt Lake City, UT 84119** | - | | | 9/27/07<br>**Equipment Maintenance** | | | | 233.91 |
| Account No. **Wolper Construction**<br><br>**Iges Ingeneros, LLC**<br>**781 West 14600 South**<br>**Riverton, UT 84065** | - | | | 7/31/07<br>**Engineering** | | | | 53,588.75 |
| Account No. **Wolper Construction**<br><br>**Intermountain Bobcat**<br>**4055 South 500 West**<br>**Salt Lake City, UT 84106** | - | | | 10/17/07<br>**Equipment Rentals** | | | | 1,561.31 |

Sheet no. __**18**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    67,733.92

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**<br><br>**Intermountain Concrete Specialities**<br>**PO Box 27364**<br>**Salt Lake City, UT 84127-0364** | - | | | 11/18/07<br>**Materials** | | | | 3,279.22 |
| Account No. **x0800**<br><br>**Intermountain Drilling Supply**<br>**3412 West 2400 South**<br>**Salt Lake City, UT 84119** | - | | | 3/6/07<br>**Materials** | | | | 7,326.97 |
| Account No. **Wolper Construction**<br><br>**Intermountain Hose and Fittings**<br>**4395 North Highway 91**<br>**Smithfield, UT 84335** | - | | | 8/7/07<br>**Equipment Maintenance** | | | | 399.26 |
| Account No. **Wolper Construction**<br><br>**Intermountain Traffic Safety, Inc.**<br>**2440 South 3270 West**<br>**Salt Lake City, UT 84119** | - | | | 8/20/07<br>**Sign Rentals** | | | | 3,149.30 |
| Account No. **Wolper Construction**<br><br>**Interstate Batteries**<br>**786 South 900 West**<br>**Woods Cross, UT 84087** | - | | | 8/31/07<br>**Equipment Maintenance** | | | | 879.07 |

Sheet no. __19__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **15,033.82**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Interstate Hydraulics** <br> **PO Box 909** <br> **West Jordan, UT 84088** | - | | 5/10/07 <br> Equipment Maintenance | | | | 1,436.04 |
| Account No. **Wolper Construction** <br><br> **Jacketta Sweeping Service, Inc.** <br> **PO Box 25656** <br> **Salt Lake City, UT 84125-0656** | - | | 9/10/07 <br> Subcontractor | | | | 5,952.00 |
| Account No. **Wolper Construction** <br><br> **Jose Mora** <br> **4402 West Draper Street** <br> **Salt Lake City, UT 84118** | - | | 7/23/07 <br> Subcontractor | | | | 61,470.00 |
| Account No. **Wolper Construction** <br><br> **JW Electric** <br> **4570 South 300 West** <br> **Salt Lake City, UT 84107** | - | | 7/18/07 <br> Subcontractor | | | | 70,090.39 |
| Account No. **Wolper Construction** <br><br> **Kimball Equipment Company** <br> **2839 West California Ave** <br> **PO Box 1137** <br> **Salt Lake City, UT 84110-1137** | - | | 4/1/08 <br> Equipment Maintenance | | | | 3,916.42 |

Sheet no. __20__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,864.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**  <br><br>**KJ Brothers Construction**  <br>**1368 Freeman Lane**  <br>**Riverton, UT 84065** | - | | | 4/9/07  <br>Subcontractor | | | | 86,731.65 |
| Account No. **Wolper Construction**  <br><br>**Komatsu Equipment Co.**  <br>**PO Box 27248**  <br>**Salt Lake City, UT 84127** | - | | | Notice Only  <br>(Creditor has been paid in full but still have UCCs on file) | | | X | 0.00 |
| Account No. **Wolper Construction**  <br><br>**Komatsu Financial**  <br>**133 Butterfield Road, Suite 600**  <br>**Downers Grove, IL 60515** | - | | | Notice Only  <br>(Creditor has been paid in full but still have UCCs on file) | | | X | 0.00 |
| Account No. **Wolper Construction**  <br><br>**Lake City Idealease**  <br>**964 South 3800 West**  <br>**Salt Lake City, UT 84104** | - | | | 4/25/07  <br>Equipment Rentals | | | | 15,551.52 |
| Account No. **x0196**  <br><br>**Lake City International**  <br>**964 South 3800 West**  <br>**Salt Lake City, UT 84104** | - | | | 7/05/07  <br>Equipment Maintenance | | | | 1,096.36 |

Sheet no. __21__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,379.53

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8403** <br><br> **Larry H. Miller Ford Truckland** <br> **1340 South 500 West** <br> **Salt Lake City, UT 84115** | - | | 10/4/07 <br> **Equipment Maintenance** | | | | 3,501.04 |
| Account No. <br><br> **LEI Consulting** <br> **302 N MAIN ST** <br> **Spanish Fork, UT 84660** | - | | **Purchases** | | | | 5,000.00 |
| Account No. **Wolper Construction** <br><br> **Lid Lifters** <br> **1004 East 4500 South** <br> **Salt Lake City, UT 84117** | - | | 8/19/07 <br> **Subcontractor** | | | | 9,937.50 |
| Account No. **Wolper Construction** <br><br> **Lindquist Sales** <br> **2425 South Progress Drive** <br> **Salt Lake City, UT 84119** | - | | 7/30/07 <br> **Materials** | | | | 13,050.32 |
| Account No. **Wolper Construction** <br><br> **Marriott Rock Products** <br> **9250 South Highway 89** <br> **Willard, UT** | - | | 4/8/08 <br> **Materials** | | | | 18,018.15 |

Sheet no. __22__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,507.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dxxxx5585** <br><br> **McGraw Hill Construction** <br> **7625 Collection Center Drive** <br> **Chicago, IL 60693-0076** | - | | 5/31/08 <br> Office | | | | 1,218.37 |
| Account No. **Wolper Construction** <br><br> **MD Property Services, Inc.** <br> **1400 West State Road** <br> **Pleasant Grove, UT 84062** | - | | 6/30/07 <br> Subcontractor | | | | 411,837.26 |
| Account No. **139.9** <br><br> **Metro Bridge** <br> **PO Box 410455** <br> **Salt Lake City, UT 84141-0455** | - | | 4/25/08 <br> Internet Service | | | | 0.00 |
| Account No. **Wolper Construction** <br><br> **Metro Waste & Recycling** <br> **PO Box 26548** <br> **Salt Lake City, UT 84126-0548** | - | | 9/20/07 <br> Dumping | | | | 298.13 |
| Account No. **Wolper Construction** <br><br> **Mill Log Equipment Co., Inc.** <br> **90895 Roberts Road** <br> **Eugene, OR 97408** | - | | 2/6/08 <br> Equipment Maintenance | | | | 2,013.39 |

Sheet no. __23__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

415,367.15

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0800**<br><br>**Mount Olympus Water**<br>**PO Box 25426**<br>**Salt Lake City, UT 84125** | | - | 2/29/08<br>**Office Maintanence** | | | | 61.70 |
| Account No. **Wolper Construction**<br><br>**Mountain States Fence**<br>**3737 South 500 West**<br>**Salt Lake City, UT 84115** | | - | 1/9/07<br>**Subcontractor** | | | | 1,211.00 |
| Account No. **Wolper Construction**<br><br>**Mountain View Landfill**<br>**6976 West 1300 South**<br>**Salt Lake City, UT 84165** | | - | 5/19/08<br>**Dumping** | | | | 127.70 |
| Account No. **Fox Hollow Expansion, LLC**<br><br>**MSD Capital dba Special Operational Fund**<br>**645 5th Avenue**<br>**21st Floor**<br>**New York, NY 10022-5910** | X | - | 2006<br>**Guarantee of debt owing by Fox Hollow Expansion, LLC** | X | X | X | Unknown |
| Account No. **Wolper Construction**<br><br>**MTF Construction, Inc.**<br>**345 East Manfield Ave.**<br>**Salt Lake City, UT 84115** | | - | 8/14/07<br>**Subcontractor** | | | | 8,336.00 |

Sheet no. __24__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   9,736.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **x9221**<br><br>**Multi Service Aviation**<br>**PO Box 410435**<br>**Kansas City, MO 64141-0435** | | - | | | **8/30/07**<br>**Aircraft Fuel** | | | | **10,461.64** |
| Account No. **Wolper Construction**<br><br>**NACM**<br>**7410 South Creek Road**<br>**Sandy, UT 84093** | | - | | | **2008**<br>**Supplies** | | | | **354.82** |
| Account No. **Wolper Construction**<br><br>**Northern Engineering, Inc.**<br>**1040 East 800 North**<br>**Orem, UT 84097** | | - | | | **11/2/07**<br>**Engineering** | | | | **8,382.33** |
| Account No. **Wolper Construction**<br><br>**Northern Tool & Equipment**<br>**PO Box 1219**<br>**Burnsville, MN 55337-0219** | | - | | | **2008**<br>**Equipment Maintenance** | | | | **0.00** |
| Account No. **Wolper Construction**<br><br>**Northstar Funding**<br>**9045 South 1300 East**<br>**Sandy, UT 84092** | | - | | | **2008**<br>**Loan** | | | | **Unknown** |

Sheet no. __**25**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,198.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9158**<br><br>**Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | - | | **2008**<br>**Office Supplies** | | | | **4,631.96** |
| Account No. **xxxx-xxxx-xxxx-9158**<br><br>**Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | - | | **10/29/07**<br>**Office Supplies** | | | | **211.57** |
| Account No. **Wolper Construction**<br><br>**Oil Well**<br>**PO Box 521238**<br>**Salt Lake City, UT 84152** | - | | **8/23/07**<br>**Equipment Maintenance** | | | | **594.84** |
| Account No. **xx0771**<br><br>**Oldcastle Precast, Inc.**<br>**PO Box 60000**<br>**San Francisco, CA 94160-2477** | - | | **2008**<br>**Materials** | | | | **1,937.57** |
| Account No. **Wolper Construction**<br><br>**Opticare of Utah**<br>**1901 W Parkway Blvd**<br>**Salt Lake City, UT 84119** | - | | **2/7/08**<br>**Vision Insurance** | | | | **430.88** |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,806.82**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Outback Fence** <br> **96 S State** <br> **Lindon, UT 84042** | - | | 1/9/07 <br> **Materials** | | | | 1,105.00 |
| Account No. **x5794** <br><br> **Page Break Warehouse** <br> **258 W 700 S** <br> **Salt Lake City, UT 84101** | - | | 3/31/08 <br> **Equipment Maintenance** | | | | 16.02 |
| Account No. **Wolper Construction** <br><br> **Park City Lock and Key** <br> **6946 N Last Run Dr** <br> **Park City, UT 84098** | - | | 8/21/07 <br> **Equipment Maintenance** | | | | 1,264.11 |
| Account No. **Wolper Construction** <br><br> **Parts Marketing Inc** <br> **1015 E 70th Ave** <br> **Denver, CO 80229** | - | | 9/25/07 <br> **Equipment Maintenance** | | | | 15,808.60 |
| Account No. **G1911** <br><br> **Peak Alarm Co** <br> **PO Box 27127** <br> **Salt Lake City, UT 84127** | - | | 2/1/08 <br> **Office Security** | | | | 3,923.54 |

Sheet no. __27__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           | 22,117.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **WOL002**<br><br>**Peck Striping Inc**<br>**Peck Traffic Safety**<br>**PO Box 70076**<br>**Salt Lake City, UT 84170** | | - | | | **9/4/07**<br>**Sign Rentals** | | | | 8,411.00 |
| Account No. **Wolper Construction**<br><br>**Pedallion LC**<br>**10801 N 5750 W**<br>**American Fork, UT 84003** | | - | | | **8/10/07**<br>**Subcontractor** | | | | 43,664.55 |
| Account No. **Wolper Construction**<br><br>**PEPG Engineering**<br>**421 W 12300 S Ste 400**<br>**Draper, UT 84020** | | - | | | **7/30/07**<br>**Engineering** | | | | 5,380.00 |
| Account No. **Policy No. xxx7586**<br><br>**Peterson and Nykamp**<br>**5383 S 900 E Ste 103**<br>**Salt Lake City, UT 84117** | | - | | | **11/23/07**<br>**Insurance** | | | | 81,696.27 |
| Account No. **Wolper Construction**<br><br>**Pine Valley Electric**<br>**6334 W 10150 N**<br>**American Fork, UT 84003** | | - | | | **7/16/07**<br>**Subcontractor** | | | | 217,200.60 |

Sheet no. __28__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

356,352.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                              ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Pipe Inspection Services**<br>**12654 S 125 E**<br>**Draper, UT 84020** | - | | 7/23/07<br>Subcontractor | | | | 14,086.39 |
| Account No. **x5320**<br><br>**Praxair Distribution**<br>**PO Box 120812**<br>**Dept 0812**<br>**Dallas, TX 75312-0812** | - | | 8/16/07<br>Shop Maintenance | | | | 8,632.22 |
| Account No. **Wolper Construction**<br><br>**Precast Concrete Products**<br>**492 S 250 W**<br>**Pleasant Grove, UT 84062** | - | | 7/16/07<br>Materials | | | | 76,462.87 |
| Account No. **Wolper Construction**<br><br>**Project Analysts Inc**<br>**505 E 200 S Ste 400**<br>**Salt Lake City, UT 84102** | - | | 5/6/08<br>Legal | | | | 2,801.25 |
| Account No. **x4644**<br><br>**Qualco**<br>**149 W Burton Ave**<br>**Salt Lake City, UT 84115** | - | | 8/15/07<br>Equipment Maintenance | | | | 254.43 |

Sheet no. __29__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,237.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0000**<br><br>**Questar**<br>**Cash Remittance DNR 107**<br>**PO Box 45841**<br>**Salt Lake City, UT 84139** | - | | | 3/18/08<br>Utilities | | | | 500.00 |
| Account No. **xxxxxx2631**<br><br>**Questar Gas Co**<br>**PO Box 45841**<br>**Salt Lake City, UT 84139** | - | | | 3/18/08<br>Utilities | | | | 355.63 |
| Account No. **xxxxxx4547**<br><br>**Questar Gas Co**<br>**OP Box 45841**<br>**Salt Lake City, UT 84139** | - | | | 3/7/08<br>Utilities | | | | 2,459.18 |
| Account No. **xxxxxx7452**<br><br>**Questar Gas Co**<br>**Po Box 45841**<br>**Salt Lake City, UT 84139** | - | | | 4/7/08<br>Utilities | | | | 218.67 |
| Account No. **xx1359**<br><br>**Questar Gas Co**<br>**Attn: Accounting**<br>**PO Box 45360**<br>**Salt Lake City, UT 84145** | - | | | 3/17/08<br>Utilities | | | | 379.51 |

Sheet no. __**30**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,912.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                    ,  Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxx-xxxx-5158**<br><br>**Qwest**<br>**PO Box 29060**<br>**Phoenix, AZ 85038** | - | | | 4/13/08<br>Telephone | | | | 96.29 |
| Account No.<br><br>**Rainey Homes**<br>**520 North 900 West**<br>**Kaysville, UT 84037** | - | | | Purchases | | | | 0.00 |
| Account No. **Wolper Construction**<br><br>**Ralph Smith Co**<br>**2471 S 150 W**<br>**Bountiful, UT 84010** | - | | | 7/9/07<br>Trucking | | | | 105,012.64 |
| Account No. **x8110**<br><br>**Rasmussen Equipment**<br>**3333 W 2100 S**<br>**Salt Lake City, UT 84119** | - | | | 5/18/07<br>Equipment Maintenance | | | | 33,248.56 |
| Account No. **Wolper Construction**<br><br>**Robinson Waste Services**<br>**2719 N Farfield**<br>**Layton, UT 84041** | - | | | 4/30/08<br>Waste Container Rentals | | | | 150.00 |

Sheet no. __31__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **138,507.49**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                                        ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256** | - | | 3/10/08-5/16/08<br>Utilities | | | | 1,806.00 |
| Account No. **xxxxxxxx-007 1**<br><br>**Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256** | - | | 4/11/08-5/9/08<br>Utilities | | | | 14.29 |
| Account No. **xxxxxxx-002 2**<br><br>**Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256** | - | | 4/4/08-/6/6/08<br>Utilities | | | | 1,234.23 |
| Account No. **xxx0196**<br><br>**Rocky Mountain Transit & Laser**<br>**612 W Confluence Ave**<br>**Salt Lake City, UT 84123** | - | | 7/16/07-3/15/08<br>Equipment Maintenance | | | | 4,680.69 |
| Account No. **Wolper Construction**<br><br>**Royce Industries**<br>**1355 W 8040 S**<br>**West Jordan, UT 84088** | - | | 4/24/08<br>Equipment Maintenance | | | | 373.27 |

Sheet no. __32__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,108.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction** | | | | 6/13/08 Dumping | | | | |
| **S&S Recycling and Crushing** **4786 E 2600 N** **Eden, UT 84310** | - | | | | | | | 135.00 |
| Account No. **xxxx-xx21-02** | | | | 3/30/08-6/12/08 Shop Maintenance | | | | |
| **Safety Kleen** **5400 Legacy Dr** **Cluster II, Bldg 3** **Plano, TX 75024** | - | | | | | | | 297.87 |
| Account No. **Wolper Construction** | | | | 3/22/08-6/17/08 Utilities, water | | | | |
| **Salt Lake City Corp** **PO Box 30881** **Salt Lake City, UT 84130** | - | | | | | | | 45.56 |
| Account No. **x1656** | | | | 11/1/07-3/1/08 Aircraft | | | | |
| **Salt Lake Jet Center** **7800 E Dorado Place Ste 245** **Englewood, CO 80111** | - | | | | | | | 15,679.01 |
| Account No. **Wolper Construction** | | | | 5/08/07 Equipment Maintenance | | | | |
| **Salt Lake Truck Wash** **1711 W Angels Way** **Kaysville, UT 84037** | - | | | | | | | 67.78 |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,225.22

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Salt Lake Valley Sand and Gravel**<br>**PO Box 2348**<br>**Sandy, UT 84091** | - | | | | **8/3/07-10/31/07**<br>**Materials** | | | | 44,995.11 |
| Account No. **1003**<br><br>**Sampson Equipment Co**<br>**PO Box 57248**<br>**4512 S Commerce Dr**<br>**Salt Lake City, UT 84157** | - | | | | **6/23/04**<br>**Equipment Rentals** | | | | 719.55 |
| Account No. **Gxxx0367**<br><br>**Select-Health**<br>**PO Box 27368**<br>**Salt Lake City, UT 84127** | - | | | | **5/15/08**<br>**Insurance** | | | | 32,892.46 |
| Account No. **Wolper Construction**<br><br>**Signtech**<br>**837 E 400 S**<br>**Salt Lake City, UT 84102** | - | | | | **7/25/07-10/10/07**<br>**Sign Rentals** | | | | 222.44 |
| Account No. **Wolper Construction**<br><br>**SL County Treasurer**<br>**2001 S State St**<br>**Salt Lake City, UT 84190** | - | | | | **2008**<br>**Property Taxes** | | | | 9,026.78 |

Sheet no. __34__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,856.34

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.**                              ,        Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction**<br><br>**Smog Shop**<br>**836 South Redwood Road**<br>**Salt Lake City, UT 84104** | - | | 2/13/08-3/5/08<br>**Equipment Maintenance** | | | | 91.00 |
| Account No.<br><br>**South Valley Leasing**<br>**PO Box 489**<br>**Draper, UT 84020-0489** | - | | 9/01/07-11/01/07<br>**Mobile Office Rentals** | | | | 801.39 |
| Account No. **Wolper Construction**<br><br>**Spiffy Ice**<br>**3500 South West Temple**<br>**Salt Lake City, UT 84115** | - | | 6/14/07<br>**Materials** | | | | 776.49 |
| Account No. **Wolper Construction**<br><br>**Staker & Parsons**<br>**PO Box 3429**<br>**Ogden, UT 84409** | - | | 3/10/08-6/12/08<br>**Materials** | | | | 1,648.35 |
| Account No. **Wolper Construction**<br><br>**Steadman Enterprises**<br>**6673 West Castleview Drive**<br>**Salt Lake City, UT 84128** | - | | 7/17/07<br>**Trucking** | | | | 9,884.41 |

Sheet no. __35__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 13,201.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4649**<br><br>**Steelco**<br>**PO Box 974909**<br>**Dallas, TX 75397-4909** | | - | | 8/2/07-10-16/07<br>**Equipment Maintenance** | | | | 1,395.65 |
| Account No. **Wolper Construction**<br><br>**Sunbelt Rentals**<br>**1548 North 2000 West**<br>**Ogden, UT 84404-9790** | | - | | 5/19/08-5/20/08<br>**Equipment Rentals** | | | | 409.83 |
| Account No. **Wolper Construction**<br><br>**Sundance Capital, LLC**<br>**1501 North Technology Way**<br>**Building A, Suite 3300**<br>**Orem, UT 84097** | | - | | **2008**<br>**Notice Only**<br>**(Creditor has been paid in full but still have UCCs on file)** | | | X | 0.00 |
| Account No. **Wolper Construction**<br><br>**The Closet Factory**<br>**2064 West Alexander STreet**<br>**Salt Lake City, UT 84119** | | - | | 6/10/08<br>**Subcontractor** | | | | 7,780.00 |
| Account No. **xxxxxxxxxxxx6145**<br><br>**The Home Depot**<br>**Dept. 32-2010966145**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | | - | | **2008**<br>**Credit Card** | | | | 3,601.93 |

Sheet no. __**36**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,187.41

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **The Mitchel Company** <br> **2014 East Ranch Road** <br> **Lehi, UT 84043** | - | | | 12/26/06-4/24/07 <br> Subcontractor | | | | 9,794.40 |
| Account No. **x0146** <br><br> **The Mobile Storage Group** <br> **PO Box 10999** <br> **Burbank, CA 91510-0999** | - | | | 2/6/08-5/28/08 <br> Mobile Office Rentals | | | | 489.55 |
| Account No. **Wolper Construction** <br><br> **Thermo Funds, Inc.** <br> **39354 Treasury Center** <br> **Chicago, IL 60694-9300** | - | | | 10/04/07 <br> Shop Maintenance | | | | 175.00 |
| Account No. **Wolper Construction** <br><br> **Titan Sales Group** <br> **250 Broadalbin Street SW, Ste. 250** <br> **Albany, OR 97321** | - | | | 8/10/07-4/15/08 <br> Equipment Maintenance | | | | 360.53 |
| Account No. **Wolper Construction** <br><br> **TM Crushing, LLC** <br> **PO Box 437** <br> **Lehi, UT 84043** | - | | | 7/31/07-9/30/07 <br> Materials | | | | 31,323.41 |

Sheet no. __**37**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **42,142.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Wolper Construction** <br><br> **Traffic Safety Rentals** <br> **PO Box 150391** <br> **Ogden, UT 84415** | | - | | | **7/31/07-10/31/07** <br> **Rentals** | | | | 8,311.89 |
| Account No. **xxxx8671** <br><br> **Trans Lease, Inc.** <br> **PO Box 16464** <br> **Denver, CO 80216-0464** | | - | | | **2008** <br> **Lease on equipment** | | | | 3,606.05 |
| Account No. **2108** <br><br> **Trench Shoring Services** <br> **6770 East 56th Avenue** <br> **Commerce City, CO 80022** | | - | | | **8/22/07-4/08/08** <br> **Equipment Rentals** | | | | 2,680.11 |
| Account No. <br><br> **Trophy Homes LC** <br> **758 S. 400 E.** <br> **Orem, UT 84097** | | - | | | | | | | 600,000.00 |
| Account No. **Wolper Construction** <br><br> **Truck Air** <br> **2332 South 200 East** <br> **Bountiful, UT 84010** | | - | | | **4/29/08** | | | | 880.78 |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **615,478.83**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1358** <br><br> **Truly Nolan of America, Inc.** <br> **Branch 039** <br> **4224 Riverdale Road** <br> **Ogden, UT 84405-3512** | - | | **8/14/07-2/19/08** <br> **Office Maintenance** | | | | 270.00 |
| Account No. **Wolper Construction** <br><br> **U-Go Wee-Go** <br> **PO Box 70564** <br> **Salt Lake City, UT 84120** | - | | **11/16/07** <br> **Equipment Transportation** | | | | 150.00 |
| Account No. **Wolpe-2** <br><br> **Universal Business** <br> **6360 South 3000 East, Suite 205** <br> **Salt Lake City, UT 84121** | - | | **1/17/08-6/10/08** <br> **Insurance** | | | | 136,472.14 |
| Account No. **x5231** <br><br> **US Welding** <br> **999 South Redwood Road** <br> **Salt Lake City, UT 84104** | - | | **12/12/07** <br> **Shop maintenance** | | | | 192.72 |
| Account No. <br><br> **Utah Department of Workforce Services** <br> **Collections - Bankruptcy** <br> **P.O. Box 45288** <br> **Salt Lake City, UT 84145-0288** | - | | **2008** <br> **Unpaid Unemployment** | | | | 0.00 |

Sheet no. __**39**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **137,084.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wolper Construction, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wolper Construction** <br><br> **Utah Track and Welding** <br> **6382 West 2100 South** <br> **Salt Lake City, UT 84128** | - | | 10/08/07-5/29/08 <br> Equipment Maintenance | | | | 4,348.79 |
| Account No. **Wolper Construction** <br><br> **Utility Coatings & Fabrication** <br> **5481 West Bagley Park Road** <br> **West Jordan, UT 84088** | - | | 5/14/08 <br> Materials | | | | 1,020.00 |
| Account No. **xxxxxxxxxx0001** <br><br> **Verizon Wireless** <br> **PO Box 9622** <br> **Mission Hills, CA 91346-9622** | | | 2/21/08-4/21/08 <br> Cellular Phones | | | | 6,295.15 |
| Account No. **Wolper Construction** <br><br> **Walsh Concrete Cutting** <br> **1482 South Industrial Road** <br> **Salt Lake City, UT 84104** | - | | 11/12/07 <br> Subcontractor cement | | | | 1,096.64 |
| Account No. **Wolper Construction** <br><br> **Wasatch Steel** <br> **243 West 3300 South** <br> **Salt Lake City, UT 84115** | - | | 11/19/07-12/06/07 <br> Shop Maintenance | | | | 939.17 |

Sheet no. __40__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,699.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wolper** <br><br> **West Valley Tire** <br> **PO Box 26306** <br> **Salt Lake City, UT 84126** | - | | | 8/31/07-6/03/08 <br> Equipment Maintenance | | | | 38,207.76 |
| Account No. **Wolper Construction** <br><br> **Western Auto Radiator** <br> **567 South 200 East** <br> **Salt Lake City, UT 84111-3636** | - | | | 9/21/07-12/18/07 <br> Equipment Maintenance | | | | 542.74 |
| Account No. **Wolper Construction** <br><br> **Western Service Center** <br> **1885 South 900 West** <br> **Salt Lake City, UT 84104** | - | | | 2008 <br> Equipment Maintenance | | | | 54.14 |
| Account No. **Wolper Construction** <br><br> **Whiskey River Trucking** <br> **819 East Chalk Creek Road** <br> **Coalville, UT 84017** | - | | | 7/26/07-11/17/07 <br> Trucking | | | | 104,778.48 |
| Account No. **W02B** <br><br> **White Andrews & Rasmussen, LLC** <br> **2195 West 5400 South #200** <br> **Salt Lake City, UT 84118** | - | | | 7/1/07 <br> Accountant | | | | 32,590.79 |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

176,173.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wolper Construction, Inc.** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3000** <br><br> **White Cap Industries** <br> **3120 Airway Ave.** <br> **Costa Mesa, CA 92626** | | - | | **4/8/08** <br> **Materials** | | | | 32,377.79 |
| Account No. **Wolper Construction** <br><br> **Whitney Advertising** <br> **6410 North Business Park Loop** <br> **Park City, UT 84098** | | - | | **12/7/07** <br> **Advertising** | | | | 1,108.35 |
| Account No. **Wolper Construction** <br><br> **Wilding Engineering** <br> **14721 South Heritage Crest Way** <br> **Riverton, UT 84065** | | - | | **3/1/07** <br> **Engineering** | | | | 84,311.85 |
| Account No. **xxx4796** <br><br> **Williams Scotsman, inc.** <br> **PO Box 91975** <br> **Chicago, IL 60693-1975** | | - | | **2008** <br> **Purchases** | | | | 638.38 |
| Account No. **xxx7586** <br><br> **Workers Compensation FUnd** <br> **PO Box 26488** <br> **Salt Lake City, UT 84126-0488** | | - | | **2/15/08** <br> **WCF Insurance** | | | | 11,711.25 |

Sheet no. __42__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **130,147.62**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wolper Construction, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wolper Construction**<br><br>**Z-Rock**<br>**PO Box 711250**<br>**Salt Lake City, UT 84171** | - | | | **7/31/07**<br>**Materials** | | | | 322,957.71 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __43__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 322,957.71 |
| Total (Report on Summary of Schedules) | | 8,765,967.98 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re     **Wolper Construction, Inc.**                                          ,     Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alter Moneta Corporation**<br>**50 Lakefront Blvd., Suite 208**<br>**Buffalo, NY 14202** | **Lease  of the following equipment:**<br>**(1) Loadking Model 553/4-SS Trailer**<br>**(1) Kenworth Model T800 Heavy Haul Trailer**<br>**(1) SmithCo Side Dump Trailer** |
| **Arnell-West Inc.**<br>**3441 S 2200 W**<br>**Salt Lake City, UT 84119** | **Value Place Hotel**<br>**Sitework Contract**<br>**$330,037.40** |
| **Cedar Heights, LLC**<br>**Coalville, UT** | **$1,317,369.85** |
| **Fox Hollow Saratoga, LLC**<br>**3750 W 500 S**<br>**Salt Lake City, UT 84104** | **Saratoga Springs Subdivision**<br>**Cost Plus 10%** |
| **Mason Cove, LLC**<br>**775 W 1200 N #100**<br>**Springville, UT 84663** | **Mason Cove Subdivision**<br>**$1,291,057.70** |
| **Rainey Homes**<br>**520 N 900 W**<br>**Kaysville, UT 84037** | **Iroquois Phase 6 Subdivision** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Wolper Construction, Inc.**                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fox Hollow Expansion, LLC**<br>**2890 South Redwood Road**<br>**Lehi, UT 84043** | **MSD Capital dba Special Operational Fund**<br>**645 5th Avenue**<br>**21st Floor**<br>**New York, NY 10022-5910** |
| **Le Equipment Rental, LLC** | **Alter Moneta Corporation**<br>**PO Box 0517**<br>**Buffalo, NY 14240-0517** |
| **Le Equipment Rental, LLC** | **Financial Federal Credit Union**<br>**PO Box 201172**<br>**Houston, TX 77216-1172** |
| **Le Equipment Rental, LLC** | **Financial Federal Credit Union**<br>**PO Box 201969**<br>**Houston, TX 77216-1969** |
| **Richard J. Wolper** | **Alter Moneta Corporation**<br>**PO Box 0517**<br>**Buffalo, NY 14240-0517** |
| **Richard Todd Wolper**<br>**2173 Pheasant Way**<br>**Salt Lake City, UT 84104** | **GE Capital**<br>**PO Box 31001-0275**<br>**Pasadena, CA 91110-0275** |
| **Wolper Aviation LLC** | **Alter Moneta Corporation**<br>**PO Box 0517**<br>**Buffalo, NY 14240-0517** |
| **Wolper Aviation LLC** | **Aviation Finance Group**<br>**4355 Emerald Street, Suite 100**<br>**Boise, ID 83706** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    __Wolper Construction, Inc.__                            Case No. _____

                                                 Debtor(s)           Chapter    __11__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __68__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __July 8, 2008_____         Signature    __/s/ Richard T. Wolper_____

                                                              **Richard T. Wolper**

                                                              **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **Wolper Construction, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $41,218,128.00 | 2006 Income |
| $40,276,020.01 | 2007 Income |
| $0.00 | 2008 |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Attached** | | |

4

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **1 On 1 Legal Services, P.L.L.C.**<br>**307 W 200 S**<br>**Suite 3004**<br>**Salt Lake City, UT 84111** | **6/23/08** | **$26,100.00 Retainer  ($1,039 of which was used to pay court filing fee and $___ was applied to prepetition services and costs)** |

## 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of The West** | **0594 Checking Account**<br>**0602 Payroll Account** | **February 2008**<br>**$0.00** |

## 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                DOCKET NUMBER                        STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Wolper Construction, Inc.** | 87-0579481 | **3750 West 500 South Salt Lake City, UT 84104** | **Construction** | **1/1989-Present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Scott Rasmussen**                                                **2002-Present**
**White and Rasmussen LLC**
**5195 West 5400 South, #200**

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED
**Scott Rasmussen**                 **5195 West 5400 South #200**          **2002 - Present**

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED
**Universal Business**

**Far West**

**Wells Fargo**

**Loans Since 6/2006**


**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                 RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                    NATURE AND PERCENTAGE
NAME AND ADDRESS                       TITLE                         OF STOCK OWNERSHIP
**Richard J. Wolper**                      **President**                       **100%**

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                     TITLE                      DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July  8, 2008**                          Signature   **/s/ Richard T. Wolper**
                                                            **Richard T. Wolper**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Utah

In re   **Wolper Construction, Inc.**                      Case No.

                                     Debtor(s)      Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 8, 2008**                      **/s/ Richard T. Wolper**

                                             **Richard T. Wolper/President**
Signer/Title

A Company, Inc.
PO Box 5702
Boise, ID 83705

A&E Generator, Inc.
264 West 800 South
Salt Lake City, UT 84101

AAA Spring Specialists
995 WEst 2900 South
Salt Lake City, UT 84119

Absolute Auto Glass
6514 South Clemates Circle
West Jordan, UT 84084

Ace Disposal
2255 South Arnold Way
Salt Lake City, UT 84119

Ace Rents
88 West 920 South
Provo, UT 84601

Ace West, Inc.
2120 North Redwood Road, Suite 70
Salt Lake City, UT 84116

Acme Construction
9524 South Feulner Park Road
West Jordan, UT 84088

Action Mortgage
Attn:  Construction Loan Department 687
PO Box 2303
Spokane, WA 99210-2303

Action Mortgage
Attn: Construction Loan Dept 687
PO Box 2303
Spokane, WA 99210

ADT Security Systems
PO Box 371956
Pittsburgh, PA 15250-7956

Aerotek Environmental
PO Box 198531
Atlanta, GA 30384-8531

AG Body Truck Equipment Division
1220 South Legacy View Street
PO Box 27755
Salt Lake City, UT 84127

Aircraft Services, LLC
470 North 2400 West
Salt Lake City, UT 84116

All Points Capital
Attn: Operations
275 Broadhollow Road
Melville, NY 11747

Alpine Signs
6450 Highland Drive
Park City, UT 84098

Alpine Supply
3311 Parkway
Salt Lake City, UT 84119

Alter Moneta Corporation
PO Box 0517
Buffalo, NY 14240-0517

Alter Moneta Corporation
50 Lakefront Blvd., Suite 208
Buffalo, NY 14202

Alvey Heating & Air Conditioning, Inc.
5533 Autumn Heights Drive
Herriman, UT 84096

American Curb Cut
PO Box 1430
Riverton, UT 84065

American Express
Corporate Services
PO Box 53800
Phoenix, AZ 85072-3800

American Linen
Attn: Dallas Alsco
PO Box 25717
Salt Lake City, UT 84125-0717

Archer Mechanical
6980 West 3800 South
Salt Lake City, UT 84128

Arcsitio Design, Inc.
1058 East 2100 South
Salt Lake City, UT 84106

Arnell-West Inc.
3441 S 2200 W
Salt Lake City, UT 84119

Arrow Landscape Construction
PO Box 57755
Salt Lake City, UT 84157

Associated Fire Protection
933 West 1820 Wouth
Salt Lake City, UT 84104-2211

Aviation Finance Group
4355 Emerald Street, Suite 100
Boise, ID 83706

Bank of American Fork
855 East 9400 South
Sandy, UT 84094

Bank of the West
Bankcard Center
PO Box 1959
Honolulu, HI 96805

Bank of Utah
2309 South Redwood Road
Salt Lake City, UT 84119-2005

Ben Altman
1589 Wouth 400 East
Salt Lake City, UT 84115

Bennett-Tueller Johnson & Deere
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121-5207

Binggeli Rock Products, Inc.
PO Box 98
Heber City, UT 84032

Blackstone Equipment Financing, L.P.
PO Box 6305
Orange, CA 92867

Blake/McCutchan Design, Inc.
1245 East Brickyard Road, Suite 595
Salt Lake City, UT 84106

Bodell Van-Drimmelen
774 East 2100 South
Salt Lake City, UT 84106

Booth Welding
182 South Wellington Drive
Kaysville, UT 84037

Brody Chemical
6125 West Double Eagle Circle
Salt Lake City, UT 84118

Bullrock Trucking
PO Box 1671
West Jordan, UT 84088

Burt Brothers Tire and Service
737 North 400 West
North Salt Lake, UT 84054

C&G Trucking
2122 Concord Circle
West Jordan, UT 84084

CA Johnson Trenching, LC
PO Box 963
Springville, UT 84663-0963

Cactus and Tropicals
2735 South 2000 East
Salt Lake City, UT 84109

Callister Nebeker and McCullough
10 East South Temple, Suite 900
Salt Lake City, UT 84133

Capital Premium Financing
PO Box 1020
Draper, UT 84020-1020

Cardwell Distributing, Inc.
PO Box 27954
Salt Lake City, UT 84127-0954

Caterpillar Financial Services
PO Box 100647
Pasadena, CA 91189-0647

Cedar Heights, LLC
Coalville, UT

Celtic Bank
340 East 400 South
Salt Lake City, UT 84111

Certified Testing and Inspection Corp.
2276 West 2700 South
Syracuse, UT 84075

Cessna Aircraft Company
23260 Network Place
Chicago, IL 60673-1232

Chase Automotive Finance
PO Box 78067
Phoenix, AZ 85062

Check City
PO Box 970183
Orem, UT 84097

CJ Concrete
77 North 920 East
Orem, UT 84097

Codale Electric Supply, Inc.
362 South Commerce Loop
Orem, UT 84058

Cohne Rappaport & Segal
257 East 200 South, Suite 700
Salt Lake City, UT 84111

Common Sense Engineering, Inc.
PO Box 1083
Spanish Fork, UT 84660

Concentra Medical Centers
PO Box 11050
Denver, CO 80211-0050

Construction Plus
9469 South 500 West
Sandy, UT 84070

Construction Recycling, Inc.
PO Box 95445
South Jordan, UT 84095-0445

Crandall's Crushing Corp.
2713 West State Road 32
Peoa, UT 84061

Creative Fire, Inc.
1486 South Quarry Point Lane
Draper, UT 84020

Cypress Capital
104221 South Jordan Gateway, Suite 600
Riverton, UT 84065

D&L Supply
PO Box 580
Orem, UT 84059

Dale Cox Contracting, Inc.
665 South 500 West
Manti, UT 84642

Dan Robinson Plastering
9831 South 300 East
Sandy, UT 84070

Dennis Sessions Pilot Car
PO Box 65406
Salt Lake City, UT 84165

Diamond Ash Trucking
2759 West 1800 North
Clearfield, UT 84015

Diamond K Waste
PO Box 285
Heber City, UT 84032

Dominion Engineering Associates, LC
5684 South Green Street
Salt Lake City, UT 84123

Done Rite Lines, LLC
PO Box 510
Springville, UT 84663

Dunn Construction, LC
679 North 1500 West
Orem, UT 84057

Earthtec Testing & Engineering, PC
133 North 1330 West
Orem, UT 84057

Ecosystem Solutions, LLC
4220 West 2100 South, Suite E
Salt Lake City, UT 84120

Ensign Engineering & Land Surveying
95 East Fort Union Blvd., Suite 100
Midvale, UT 84047

Epic Engineering
50 East 100 South
Heber City, UT 84032

Equilease Financial Services, Inc.
50 Eashington Street, 10th Floor
Norwalk, CT 06854

Express One
PO Box 900368
Sandy, UT 84090-0368

Far West Bank
Walker Center LPO
19 East 200 South, Suite 1070
Salt Lake City, UT 84111

Far West Bank
19 East 200 South, Suite 1070
Salt Lake City, UT 84111

Financial Federal Credit Union
PO Box 201503
Houston, TX 77216-1503

Financial Federal Credit Union
PO Box 201172
Houston, TX 77216-1172

Financial Federal Credit Union
PO Box 201969
Houston, TX 77216-1969

Finish Line Cellular
50 West 3900 South, Suite 1-A
Salt Lake City, UT 84107

Fleet Fueling
PO Box 6293
Carol Stream, IL 60197-6293

Fleet Lite
1792 South Redwood Road
Salt Lake City, UT 84104

Fleet Pride
4520 West 2100 South Unit 602
Salt Lake City, UT 84120

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Fox Hollow Expansion, LLC
2890 South Redwood Road
Lehi, UT 84043

Fox Hollow Saratoga
2890 South Redwood Road
Lehi, UT 84043

Fox Hollow Saratoga, LLC
3750 W 500 S
Salt Lake City, UT 84104

Freedom Truck and Trailer Parts, Inc.
395 North Wright Brothers Drive
Salt Lake City, UT 84116

Gardner Engineering
5875 South Adams Ave. Parkway
Suite 200
Ogden, UT 84405

GE Capital
PO Box 31001-0275
Pasadena, CA 91110-0275

GE Capital
10 Riverview Drive
Pasadena, CA 91110-0275

Generator Exchange
1331 West 3300 South
Salt Lake City, UT 84119

Geneva Pipe
PO Box 356
1465 West 400 North
Orem, UT 84059

Geneva Pipe of Utah, Inc.
3355 West 900 South
Salt Lake City, UT 84104

Geneva Rock Products, Inc.
PO Box 538
Orem, UT 84059

Geodynamics
2436 South 500 West
Ogden, UT 84401

Giles Trucking, LLC
4114 South 3200 West
Spanish Fork, UT 84660

GJ Stamped Asphalt, LLC
PO Box 2161
Provo, UT 84603

Granite Construction Company
PO Box 26754
Salt Lake City, UT 84126

Grass Master, Inc.
1192 East Draper Parkway #221
Draper, UT 84020

Greene Structural Enginering, Inc.
2091 East 1300 South #102
Salt Lake City, UT 84108

Greens Concrete Cutting
1065 West 750
Woods Cross, UT 84087

H&E Equipment
PO Box 2471427
Salt Lake City, UT 84127-1427

Harbor Real Estate Asset Fund, LP
7659 South 700 West
Midvale, UT 84047

HD Supply Waterworks, LTD
File 56214
Los Angeles, CA 90074-6214

Holland Equipment
2870 West 2100 South
Salt Lake City, UT 84119

Honey Bucket
2439 South Constitution
Salt Lake City, UT 84119

Horizon Manufacturing & Repair, Inc.
130 South Redwood Road, Building 1
North Salt Lake, UT 84054

Hose and Rubber Suply, LLC
PO Box 158
Randolph, UT 84064

Hydrapak Seals, Inc.
3782 West 2340 South, Suite E
Salt Lake City, UT 84120

Hydro Engineering
865 West 2600 South
Salt Lake City, UT 84119

Iges Ingeneros, LLC
781 West 14600 South
Riverton, UT 84065

Ikon Office Solutions
PO Box 660342
Dallas, TX 75266-0342

Intermountain Bobcat
4055 South 500 West
Salt Lake City, UT 84106

Intermountain Concrete Specialities
PO Box 27364
Salt Lake City, UT 84127-0364

Intermountain Drilling Supply
3412 West 2400 South
Salt Lake City, UT 84119

Intermountain Hose and Fittings
4395 North Highway 91
Smithfield, UT 84335

Intermountain Plantings
1192 East Draper Parkway, Suite 474
Draper, UT 84020

Intermountain Traffic Safety, Inc.
2440 South 3270 West
Salt Lake City, UT 84119

Interstate Batteries
786 South 900 West
Woods Cross, UT 84087

Interstate Hydraulics
PO Box 909
West Jordan, UT 84088

IRS Special Procedures
50 S. 200 East
Mail Stop 5021
Salt Lake City, UT 84111

Jacketta Sweeping Service, Inc.
PO Box 25656
Salt Lake City, UT 84125-0656

Jose Mora
4402 West Draper Street
Salt Lake City, UT 84118

JW Electric
4570 South 300 West
Salt Lake City, UT 84107

Key Equipment Finance
Payment Processing
PO Box 203901
Houston, TX 77216-3901

Kimball Equipment Company
2839 West California Ave
PO Box 1137
Salt Lake City, UT 84110-1137

KJ Brothers Construction
1368 Freeman Lane
Riverton, UT 84065

Komatsu Equipment Co.
PO Box 27248
Salt Lake City, UT 84127

Komatsu Financial
133 Butterfield Road, Suite 600
Downers Grove, IL 60515

Lake City Idealease
964 South 3800 West
Salt Lake City, UT 84104

Lake City International
964 South 3800 West
Salt Lake City, UT 84104

Larry H. Miller Ford Truckland
1340 South 500 West
Salt Lake City, UT 84115

Le Equipment Rental, LLC

Lease Administration Center
8210 Innovation Way
Chicago, IL 60682-0082

LEI Consulting
302 N MAIN ST
Spanish Fork, UT 84660

Lid Lifters
1004 East 4500 South
Salt Lake City, UT 84117

Lindquist Sales
2425 South Progress Drive
Salt Lake City, UT 84119

Marriott Rock Products
9250 South Highway 89
Willard, UT

Mason Cove, LLC
775 W 1200 N #100
Springville, UT 84663

McGraw Hill Construction
7625 Collection Center Drive
Chicago, IL 60693-0076

MD Property Services, Inc.
1400 West State Road
Pleasant Grove, UT 84062

Metro Bridge
PO Box 410455
Salt Lake City, UT 84141-0455

Metro Waste & Recycling
PO Box 26548
Salt Lake City, UT 84126-0548

Mid America Capital Services, Inc
225 South Main Ave
Sioux Falls, SD 57117-5000

Mid AMerica Leasing Co.
PO Box 5000
Sioux Falls, SD 57117-5000

Mill Log Equipment Co., Inc.
90895 Roberts Road
Eugene, OR 97408

Mount Olympus Water
PO Box 25426
Salt Lake City, UT 84125

Mountain States Fence
3737 South 500 West
Salt Lake City, UT 84115

Mountain View Landfill
6976 West 1300 South
Salt Lake City, UT 84165

MSD Capital dba Special Operational Fund
645 5th Avenue
21st Floor
New York, NY 10022-5910

MTF Construction, Inc.
345 East Manfield Ave.
Salt Lake City, UT 84115

Multi Service Aviation
PO Box 410435
Kansas City, MO 64141-0435

NACM
7410 South Creek Road
Sandy, UT 84093

Northern Engineering, Inc.
1040 East 800 North
Orem, UT 84097

Northern Tool & Equipment
PO Box 1219
Burnsville, MN 55337-0219

Northstar Funding
9045 South 1300 East
Sandy, UT 84092

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Office Depot
PO Box 689020
Des Moines, IA 50368

Oil Well
PO Box 521238
Salt Lake City, UT 84152

Oldcastle Precast, Inc.
PO Box 60000
San Francisco, CA 94160-2477

Omni National Bank
6 Concourse Parkway, Suite 2300
Atlanta, GA 30328

Opticare of Utah
1901 W Parkway Blvd
Salt Lake City, UT 84119

Outback Fence
96 S State
Lindon, UT 84042

Page Break Warehouse
258 W 700 S
Salt Lake City, UT 84101

Park City Lock and Key
6946 N Last Run Dr
Park City, UT 84098

Parts Marketing Inc
1015 E 70th Ave
Denver, CO 80229

Peak Alarm Co
PO Box 27127
Salt Lake City, UT 84127

Peck Striping Inc
Peck Traffic Safety
PO Box 70076
Salt Lake City, UT 84170

Pedallion LC
10801 N 5750 W
American Fork, UT 84003

PEPG Engineering
421 W 12300 S Ste 400
Draper, UT 84020

Peterson and Nykamp
5383 S 900 E Ste 103
Salt Lake City, UT 84117

Pine Valley Electric
6334 W 10150 N
American Fork, UT 84003

Pipe Inspection Services
12654 S 125 E
Draper, UT 84020

Post Asphalt Paving
1762 W 1350 S
Ogden, UT 84401

Praxair Distribution
PO Box 120812
Dept 0812
Dallas, TX 75312-0812

Precast Concrete Products
492 S 250 W
Pleasant Grove, UT 84062

Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087

Project Analysts Inc
505 E 200 S Ste 400
Salt Lake City, UT 84102

Qualco
149 W Burton Ave
Salt Lake City, UT 84115

Questar
Cash Remittance DNR 107
PO Box 45841
Salt Lake City, UT 84139

Questar Gas Co
PO Box 45841
Salt Lake City, UT 84139

Questar Gas Co
OP Box 45841
Salt Lake City, UT 84139

Questar Gas Co
Attn: Accounting
PO Box 45360
Salt Lake City, UT 84145

Qwest
PO Box 29060
Phoenix, AZ 85038

Rainey Homes
520 North 900 West
Kaysville, UT 84037

Rainey Homes
520 N 900 W
Kaysville, UT 84037

Ralph Smith Co
2471 S 150 W
Bountiful, UT 84010

Rasmussen Equipment
3333 W 2100 S
Salt Lake City, UT 84119

Richard J. Wolper


Richard Todd Wolper
2173 Pheasant Way
Salt Lake City, UT 84104

Robinson Waste Services
2719 N Farfield
Layton, UT 84041

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256

Rocky Mountain Transit & Laser
612 W Confluence Ave
Salt Lake City, UT 84123

Royce Industries
1355 W 8040 S
West Jordan, UT 84088

S&S Recycling and Crushing
4786 E 2600 N
Eden, UT 84310

Safety Kleen
5400 Legacy Dr
Cluster II, Bldg 3
Plano, TX 75024

Salt Lake City Corp
PO Box 30881
Salt Lake City, UT 84130

Salt Lake Jet Center
7800 E Dorado Place Ste 245
Englewood, CO 80111

Salt Lake Truck Wash
1711 W Angels Way
Kaysville, UT 84037

Salt Lake Valley Sand and Gravel
PO Box 2348
Sandy, UT 84091

Sampson Equipment Co
PO Box 57248
4512 S Commerce Dr
Salt Lake City, UT 84157

Select-Health
PO Box 27368
Salt Lake City, UT 84127

Signtech
837 E 400 S
Salt Lake City, UT 84102

SL County Treasurer
2001 S State St
Salt Lake City, UT 84190

Smog Shop
836 South Redwood Road
Salt Lake City, UT 84104

South Valley Leasing
PO Box 489
Draper, UT 84020-0489

Spiffy Ice
3500 South West Temple
Salt Lake City, UT 84115

Staker & Parsons
PO Box 3429
Ogden, UT 84409

Steadman Enterprises
6673 West Castleview Drive
Salt Lake City, UT 84128

Steelco
PO Box 974909
Dallas, TX 75397-4909

Sunbelt Rentals
1548 North 2000 West
Ogden, UT 84404-9790

Sundance Capital, LLC
1501 North Technology Way
Building A, Suite 3300
Orem, UT 84097

TCF Equipment Finance
11100 Wayzata Blvd, Suite 801
Hopkins, MN 55305

TFS Capital Funding
Lease Administration Center
8210 Innovation Way
Chicago, IL 60682-0082

The Closet Factory
2064 West Alexander STreet
Salt Lake City, UT 84119

The Home Depot
Dept. 32-2010966145
PO Box 6029
The Lakes, NV 88901-6029

The Mitchel Company
2014 East Ranch Road
Lehi, UT 84043

The Mobile Storage Group
PO Box 10999
Burbank, CA 91510-0999

Thermo Funds, Inc.
39354 Treasury Center
Chicago, IL 60694-9300

Titan Sales Group
250 Broadalbin Street SW, Ste. 250
Albany, OR 97321

TM Crushing, LLC
PO Box 437
Lehi, UT 84043

Traffic Safety Rentals
PO Box 150391
Ogden, UT 84415

Trans Lease, Inc.
PO Box 16464
Denver, CO 80216-0464

Trench Shoring Services
6770 East 56th Avenue
Commerce City, CO 80022

Trophy Homes LC
758 S. 400 E.
Orem, UT 84097

Truck Air
2332 South 200 East
Bountiful, UT 84010

Truly Nolan of America, Inc.
Branch 039
4224 Riverdale Road
Ogden, UT 84405-3512

U-Go Wee-Go
PO Box 70564
Salt Lake City, UT 84120

Universal Business
6360 South 3000 East, Suite 205
Salt Lake City, UT 84121

US Welding
999 South Redwood Road
Salt Lake City, UT 84104

Utah Department of Workforce Services
Collections - Bankruptcy
P.O. Box 45288
Salt Lake City, UT 84145-0288

Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134

Utah Track and Welding
6382 West 2100 South
Salt Lake City, UT 84128

Utility Coatings & Fabrication
5481 West Bagley Park Road
West Jordan, UT 84088

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Walsh Concrete Cutting
1482 South Industrial Road
Salt Lake City, UT 84104

Wasatch Steel
243 West 3300 South
Salt Lake City, UT 84115

Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485-5934

West Valley Tire
PO Box 26306
Salt Lake City, UT 84126

Western Auto Radiator
567 South 200 East
Salt Lake City, UT 84111-3636

Western Service Center
1885 South 900 West
Salt Lake City, UT 84104

Wheeler Machinery
PO Box 701047
Salt Lake City, UT 84170-1047

Whiskey River Trucking
819 East Chalk Creek Road
Coalville, UT 84017

White Andrews & Rasmussen, LLC
2195 West 5400 South #200
Salt Lake City, UT 84118

White Cap Industries
3120 Airway Ave.
Costa Mesa, CA 92626

Whitney Advertising
6410 North Business Park Loop
Park City, UT 84098

Wilding Engineering
14721 South Heritage Crest Way
Riverton, UT 84065

Williams Scotsman, inc.
PO Box 91975
Chicago, IL 60693-1975

Wolper Aviation LLC


Workers Compensation FUnd
PO Box 26488
Salt Lake City, UT 84126-0488

Z-Rock
PO Box 711250
Salt Lake City, UT 84171

Zions Credit Corp
PO Box 26536
Salt Lake City, UT 84126-0536