*Prepared and Submitted by:*

David H. Leigh, Esq. (A9433)
**SNELL & WILMER** L.L.P.
15 West South Temple, Suite 1200
Beneficial Tower
Salt Lake City, Utah  84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
E-mail: dleigh@swlaw.com

Attorneys for **FINANCIAL FEDERAL CREDIT INC.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**WOLPER CONSTRUCTION, INC. aka WOLPER LANDSCAPING AND CONSTRUCTION,**<br><br>Debtor. | Bankruptcy No. 08-24034<br><br>Chapter 11<br><br>Honorable William T. Thurman |

## ORDER GRANTING STIPULATED MOTION
## AND TERMINATING AUTOMATIC STAY

This matter is before the Court on the *Stipulated Motion for Entry of Order Terminating Automatic Stay*, dated July 14, 2008 (the "Stipulation and Joint Motion"), filed jointly by Wolper Construction, Inc. aka Wolper Landscaping and Construction, the Debtor in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), and Financial Federal Credit Inc., a secured creditor of the Debtor ("FFCI") (together, with the Debtor, the "Parties"). The Court, after considering

LEIGHD\SWDMS\8933781

**Filed: 07/15/08**

the Stipulation and Joint Motion and such other matters in the Court's file as the Court deemed appropriate, finds and concludes that the Stipulation and Joint Motion is well-taken, and that the relief requested therein should be granted. Based upon the foregoing and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation and Joint Motion shall be, and it hereby is, approved in all its particulars, and the relief requested therein shall be, and it hereby is, granted without the need for further notice or a hearing.

2. The automatic stay imposed by 11 U.S.C. § 362(a) shall be, and it hereby is, terminated, effective immediately, as it relates to FFCI and the Surrendered Equipment.[1]

3. FFCI shall be, and it hereby is, authorized to foreclose upon, sell or otherwise liquidate its interest in the Surrendered Equipment pursuant to applicable non-bankruptcy law.

4. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), this Order shall take effect immediately, and the ten (10) day stay period shall not apply.

*******END OF TEXT*******

---

[1] As defined in the Stipulation and Joint Motion.

LEIGHD\SWDMS\8933781

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following parties via the Court's CM/ECF system:

- James W. Anderson   anderson@mmglegal.com
- Mona Lyman Burton   mburton@hollandhart.com, ckelly@hollandhart.com
- Andres' Diaz   courtmail@adexpresslaw.com
- Dennis R. James   djames@mmrj.com
- Peter J. Kuhn tr   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov
- David H. Leigh   dleigh@swlaw.com
- David E. Leta   dleta@swlaw.com, wsmart@swlaw.com,;kgoley@swlaw.com
- Stephen W. Lewis   slewis@utah.gov
- Adelaide Maudsley   maudsley@chapman.com, jemery@chapman.com
- Robert S. Prince   rprince@kmclaw.com, squilter@kmclaw.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
- Kim R. Wilson   bankruptcy_krw@scmlaw.com

I hereby certify that a true and correct copy of the foregoing was served on the following parties by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Scott Rasmuson
White and Rasmuson
2195 West 5400 South, Suite 200
Salt Lake City, UT 84118