IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

CHAPTER 7

1. Steven Bailey, a panel trustee in the State of Utah is hereby appointed interim trustee in the following case:

    Wolper Construction, Inc.  08-24034 WTT

2. The blanket bond previously filed by the trustee is hereby approved.

3. The trustee shall be deemed to have accepted the appointment in the above cases unless the trustee notifies the Court in writing of rejection within five (5) days after receipt of this notice.

4. The interim trustee appointed herein shall serve as trustee without further appointment, unless another trustee is elected at the 11 U.S.C. 341 meeting of creditors.

.

                                                  UNITED STATES TRUSTEE
                                                  Charles F. McVay

Dated: September 30, 2009

                                                  By:_ /s/ Peter J.Kuhn for
                                                        J. Vincent Cameron
                                                   Assistant United States Trustee

Case 08-24034    Doc 628    Filed 09/30/09    Entered 09/30/09 08:29:47    Desc Main
            Document      Page 2 of 2